**Fill in this information to identify the case:**

Debtor name _____Alliance Transportation Services, Ltd._____

United States Bankruptcy Court for the: _____Western District of Texas_____

                                                                (State)

Case number (If known): ____21-50987_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        **12/15**

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................

   $ ___1,153,413.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................

   $ ___1,153,413.66

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ ___4,961,774.66

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   +$ ___924,249.19

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ ___5,886,023.85

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Lone Star Relocation, Ltd. ("Lone Star"), as Debtor in the above captioned chapter 11 case, with the assistance of its advisors, has filed its respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"), pursuant to United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements have been prepared by the Debtor's management and advisors and are unaudited and subject to further review and potential revision. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records as it was available at the time of preparation of the Schedules and Statements. At the time it was preparing Schedules and Statements, the Debtor was locked out of its office by its landlord and did not have complete access to the books and records necessary to insure the Schedules and Statements are complete and accurate. Moreover, following the lockout items may have been removed, lost or stolen without the Debtor's knowledge or beyond its ability to reconcile those changes to its books and records.

The Debtor's management and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation. However, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information, however, the Debtor may, but shall not be required to, update the Schedules and Statements, as appropriate.

GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. Global Notes Control. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

2. Title to Assets. The Debtor operated its business on a consolidated business along with its affiliated entities[1]. With the exception of accounts receivable, the Debtor's tangible assets are owned by Lone Star Relocation, Ltd. In an abundance of caution, the Debtor has listed the same assets on the Schedules of all three Debtors. All of the assets of the Debtors are encumbered by a lien in favor of the Bank of San Antonio and Rawhide Industries, LLC. The amount of the indebtedness significantly exceeds the

---

[1] Lone Star Relocation, Ltd, Five Star Warehouses, LLC and Alliance Transportation Services, Ltd. are owned by common ownership, are affiliated entities and are collectively referred to as "Debtors".

value of those assets, and no equity exists for distribution to creditor.  Moreover, while the same creditors are identified as creditors of each of the Debtors, Lone Star Relocation, Ltd. is the party obligated on the claims of unsecured creditors.  Accordingly, no purpose exists to attempt to reconcile ownership of assets or liabilities among the Debtors.

3.  Net Book Value of Assets. Unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of the Petition Date. The book values of certain assets may differ materially from their fair market values.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of what a third party might be willing to pay in connection with any asset disposition.

6. Estimates and Assumptions. The preparation of the Schedules and Statements required the Debtor to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates.

7. Property Held for Another.  The Debtors operated a storage warehouse containing the household goods of individuals and to a smaller extent commercial storage accounts.  Most of the items held in storage represent the household goods of service men and women and families.  Those accounts are with US Transcom and Alliance Transportation Services, Ltd and are not direct contracts between the Debtors and the servicemen and women.  The Debtors have identified non- US Transcom and Alliance Transportation Services, Ltd accounts in response to Question 21 of the Statements of Financial Affairs.

**Fill in this information to identify the case:**

Debtor name ___Alliance Transportation Services, Ltd.___

United States Bankruptcy Court for the: ___Western District of Texas___

Case number (If known): ___21-50987___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of San Antonio | Checking | 6  3  7  4 | $ 241.88 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 241.88

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Debtor ___Alliance Transportation Services, Ltd._____  Case number (*if known*) __21-50987___
     <sub>Name</sub>

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $_____

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

     SEE  SCHEDULE A/B PART 3, QUESTION 11 ATTACHMENT

| | | | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less: ___528,818.10___ – ___0.00___ = ........➡  $ 528,818.10
                       <sub>face amount</sub>         <sub>doubtful or uncollectible accounts</sub>

11b. Over 90 days old: ___624,353.68___ – ___0.00___ = ........➡  $ 624,353.68
                   <sub>face amount</sub>         <sub>doubtful or uncollectible accounts</sub>

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 1,153,171.78

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $_____

Debtor _____  Case number (if known) _21-50987_
    Alliance Transportation Services, Ltd.
    Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Moving an Storage Vaults, Pads, Boxes and related m____ | ___ MM / DD / YYYY | $ 21,400.00 | Depreciated Book Value | Unknown |
| 20. **Work in progress** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5** $ 0.00

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

Debtor  Alliance Transportation Services, Ltd.
_____
Name

Case number *(if known)* 21-50987

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>See Schedule A/B Part 7, Question 39 Attachment | $ 9,000.00 | Depreciated Book Va | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Alliance Transportation Services, Ltd. | Case number *(if known)* | 21-50987 |
| --- | --- | --- | --- |
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $ 100,000.00 | Depreciated Book Va | $ Unknown |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule A/B Part 8, Question 50 Attachment

| | | | |
| --- | --- | --- | --- |
| | $ | | $ Unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Debtor | Alliance Transportation Services, Ltd. | Case number (*if known*) | 21-50987 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Lease of Warehouse Building at 7801 IH - 35 North San Antonio, Texas | Lease | $ 0.00 | N/A | $ 0.00 |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Alliance Transportation Services, Ltd. | Case number (if known) 21-50987 |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ − _____ = ➜ $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                    $_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                    $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                    $_____

_____                    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor     Alliance Transportation Services, Ltd.                Case number *(if known)*   21-50987

Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 241.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,153,171.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,153,413.66 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................   1,153,413.66     $ 1,153,413.66

8/06/2021  
2:57PM

LONE STAR RELOCATION SERVICES, LTD  
Accounts Receivable as of 7/2021  
Including All A/R Accounts  
Including All Branches  
Including All Shipment Sources  
Including All Shipment Types And all Sub-Types

Page 1

| Customer | | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|
| 12750 | CARTWRIGHT RELOCATION | 7,867.36 | 4,178.16 | 161.48 | 3,527.72 | 0.00 | 0.00 |
| 12006 | AA SOUND FORWARDERS, INC | -1,086.90 | 0.00 | 0.00 | 0.00 | 0.00 | -1,086.90 |
| 12528 | AAVERSAL GLOBAL RELOCATION, LLC | -78.51 | 0.00 | 139.64 | 0.00 | 0.00 | -218.15 |
| 10552 | ABLE MOVING & STORAGE INC. | 1,156.99 | 0.00 | 0.00 | 0.00 | 0.00 | 1,156.99 |
| 12020 | AC ENTERPRISES, INC | 2,004.88 | 383.76 | 1,621.12 | 0.00 | 0.00 | 0.00 |
| 10428 | ACCELERATED INTL FORWARDERS, LL | 2,631.30 | 0.00 | 0.00 | 2,631.30 | 0.00 | 0.00 |
| 12774 | KRISHNA ADAMS | 538.56 | 179.52 | 179.52 | 0.00 | 179.52 | 0.00 |
| 11838 | ALEGRIA, CHRIS | 2,945.00 | 34.00 | 34.00 | 0.00 | 34.00 | 2,843.00 |
| 10422 | ALEXANDER'S MOBILITY SERVICES | 1,075.89 | 1,075.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11540 | ALUMNI INTERNATIONAL | 0.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.97 |
| 10705 | AMBASSADOR INTERNATIONAL | -2,102.12 | 0.00 | 0.00 | 24.00 | 0.00 | -2,126.12 |
| 185 | AMBASSADOR VAN LINES, INC. | 4,194.22 | 0.00 | 128.00 | 3,306.97 | 561.40 | 197.85 |
| 11809 | AMER-TRANS RELOCATION SERVICES I | 926.50 | 0.00 | 926.50 | 0.00 | 0.00 | 0.00 |
| 147 | AMERICAN RED BALL INTERNATIONAL | 203.92 | 50.98 | 50.98 | 0.00 | 50.98 | 50.98 |
| 12170 | AMWORLD TRANSPORT, INC | 1,532.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.06 |
| 9749 | APPROVED FORWARDERS, INC. | 13,768.67 | 0.00 | 2,175.32 | 5,896.32 | 5,697.03 | 0.00 |
| 11066 | APPROVED FORWARDERS, INC. | 2,165.76 | 0.00 | 2,165.76 | 0.00 | 0.00 | 0.00 |
| 12712 | ARC RELOCATION | 1,717.78 | 0.00 | 1,717.78 | 0.00 | 0.00 | 0.00 |
| 12718 | ARPIN INTERNATION GROUP | 27,430.29 | 305.97 | 7,880.97 | 0.00 | 2,359.21 | 16,884.14 |
| 9714 | ARPIN INTERNATIONAL GROUP (RI) | 5,678.88 | 3,128.50 | 250.92 | 0.00 | 1,376.70 | 922.76 |
| 9656 | ARPIN VAN LINES  (GSA SVCS) | 21,687.59 | 1,135.20 | 3,906.19 | 0.00 | 0.00 | 16,646.20 |
| 12018 | ART INTERNATIONAL FORWARDING IN( | 3,200.40 | 0.00 | 0.00 | 0.00 | 0.00 | 3,200.40 |
| 12799 | ART INTERNATIONAL RELOCATIONS LL | 3,937.87 | 1,226.88 | 0.00 | 2,405.74 | 0.00 | 305.25 |
| 10914 | ATLANTIC DISTRIBUTION SYSTEMS, INC | 1,825.56 | 1,825.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9684 | ATLANTIC RELO SYSTEMS #1253 | 1,591.46 | 388.96 | 109.48 | 0.00 | 0.00 | 1,093.02 |
| 11544 | ATLANTIC RELOCATION SYSTEMS 1253 | 1,534.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1,534.70 |
| 133 | ATLAS INTERNATIONAL | 6,581.32 | 682.72 | 1,417.12 | 0.00 | 802.72 | 3,678.76 |
| 12818 | ATLAS LOGISTICS | 670.00 | 670.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1330 | ATLAS VAN LINES | 20,848.36 | 0.00 | 4,713.22 | 0.00 | 2,715.11 | 13,420.03 |
| 11084 | AUSTIN VAN & STG | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| 12254 | AW2 LOGISTICS, INC | 4,146.61 | 0.00 | 0.00 | 0.00 | 4,146.61 | 0.00 |
| 12492 | AXTON FLEET SYSTEMS | 510.00 | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 |
| 11886 | JOSEPH MICHAEL BABB | -2,413.00 | 205.80 | 0.00 | 0.00 | 0.00 | -2,618.80 |
| 12786 | BARON WORLDWIDE | 769.80 | 0.00 | 0.00 | 0.00 | 0.00 | 769.80 |
| 12776 | BEARCOM | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 12806 | BESSUDO, ADRIANA | -260.92 | 0.00 | 0.00 | 0.00 | 0.00 | -260.92 |
| 11074 | BIO MEDICAL SOLUTIONS, INC. | 3,275.00 | 0.00 | 500.00 | 0.00 | 0.00 | 2,775.00 |
| 12813 | BOBBY BRIERTY | 1,365.00 | 0.00 | 1,365.00 | 0.00 | 0.00 | 0.00 |
| 12604 | LOIS BORSAY | 466.05 | 155.35 | 155.35 | 0.00 | 155.35 | 0.00 |
| 11904 | BROWN, BRIAN | 2,945.00 | 34.00 | 34.00 | 0.00 | 34.00 | 2,843.00 |
| 12777 | DAVID BROWN | 1,578.96 | 263.16 | 263.16 | 0.00 | 263.16 | 789.48 |
| 12199 | BUTLER, HEIKE | 2,764.80 | 102.40 | 102.40 | 0.00 | 102.40 | 2,457.60 |
| 12792 | Campbell, Laure | 762.75 | 254.25 | 254.25 | 0.00 | 254.25 | 0.00 |
| 10778 | CARTWRIGHT INTERNATIONAL VAN | 22,509.91 | 1,897.82 | 533.38 | 1,543.33 | 2,978.60 | 15,556.78 |
| 12639 | CARTWRIGHT VAN LINES LLC | 566.44 | 0.00 | 566.44 | 0.00 | 0.00 | 0.00 |
| 11535 | CAVALIER FORWARDING INC. | 166.17 | 0.00 | 0.00 | 0.00 | 0.00 | 166.17 |
| 11011 | CENTRAL TRANSPORTATION SYSTEMS | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| 12795 | CHILDRESS, KELLY | -170.25 | 0.00 | 0.00 | 0.00 | 0.00 | -170.25 |
| 10127 | COD | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 11642 | COLLAR, TIMOTHY | 1,870.00 | 34.00 | 34.00 | 0.00 | 34.00 | 1,768.00 |
| 12759 | COLLINS, MARION | 795.60 | 132.60 | 132.60 | 0.00 | 132.60 | 397.80 |
| 12527 | CONSER OFFICE SOLUTIONS (AAVH) | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| 12524 | CONTOUR LOGISTICS | 234.00 | 0.00 | 0.00 | 0.00 | 0.00 | 234.00 |
| 12356 | COSA CITY OF SAN ANTONIO | 878.15 | 0.00 | 0.00 | 0.00 | 0.00 | 878.15 |
| 9690 | CRYSTAL FORWARDING, INC. | -3,290.04 | 0.00 | 0.00 | 0.00 | 0.00 | -3,290.04 |
| 12755 | CHRISTOPHER CUMMINGS | 226.44 | 86.36 | 86.36 | 0.00 | 86.36 | -32.64 |
| 10805 | DELL FORWARDING INC. | 114.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.00 |
| 10136 | DESERET FORWARDING INTERNATION | 239.07 | 0.00 | 0.00 | 0.00 | 0.00 | 239.07 |
| 9954 | DEWITT TRANSPORTATION SERVICES | 2,316.37 | 250.00 | 784.86 | 0.00 | 0.00 | 1,281.51 |

LONE STAR RELOCATION SERVICES, LTD
Accounts Receivable as of 7/2021
Including All A/R Accounts
Including All Branches
Including All Shipment Sources
Including All Shipment Types And all Sub-Types

| Customer | | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|
| 11281 | DEWITT TRANSPORTATION SERVICES | 2,802.06 | 0.00 | 0.00 | 0.00 | 0.00 | 2,802.06 |
| 12811 | Diane Williams | 6,678.96 | 0.00 | 0.00 | 0.00 | 6,678.96 | 0.00 |
| 11875 | DICE FORWARDING, INC | 28,131.71 | 7,594.33 | 3,776.52 | 2,011.56 | 463.76 | 14,285.54 |
| 11950 | EDC MOVING SYSTEMS | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| 12181 | EXACT MOVERS | 3,403.95 | 0.00 | 0.00 | 0.00 | 0.00 | 3,403.95 |
| 9518 | FOREMOST FORWARDERS, INC | 964.80 | 0.00 | 0.00 | 964.80 | 0.00 | 0.00 |
| 12812 | FORT SAM HOUSTON | 1,570.00 | 0.00 | 0.00 | 1,570.00 | 0.00 | 0.00 |
| 244 | FRONTIER VAN LINES INT'L, INC. | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| 9961 | GATEWAYS INTERNATIONAL, INC | 11,025.86 | 0.00 | 0.00 | 0.00 | 0.00 | 11,025.86 |
| 10892 | GOLDEN NORTH VAN LINES, INC | 5,272.20 | 5,272.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1032 | GUARDIAN RELOCATION, INC. (1032) | 480.90 | 0.00 | 0.00 | 0.00 | 0.00 | 480.90 |
| 12801 | HARRIS, LETICIA | 842.92 | 421.46 | 421.46 | 0.00 | 0.00 | 0.00 |
| 12817 | Harrod, Janet | 132.81 | 132.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12809 | HCA HEALTHCARE | 1,074.00 | 0.00 | 0.00 | 0.00 | 1,074.00 | 0.00 |
| 12775 | RAUL HERRERA | 444.72 | 148.24 | 148.24 | 0.00 | 148.24 | 0.00 |
| 11946 | HILLMAN, VINCE | 2,945.00 | 34.00 | 34.00 | 0.00 | 34.00 | 2,843.00 |
| 12780 | HQ AIR EDUCATION & TRAINING COMM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12802 | INTEGRITY INSTALLATIONS INC | 3,240.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,240.00 |
| 12206 | INTERNATIONAL SEA & AIR SHIPPING | 8,594.80 | 520.00 | 0.00 | 0.00 | 0.00 | 8,074.80 |
| 9947 | INTERSTATE VAN LINES, INC. | 5.33 | 0.00 | 0.00 | 0.00 | 0.00 | 5.33 |
| 12442 | DOUGLAS JACKSON | 2,576.34 | 429.39 | 429.39 | 0.00 | 429.39 | 1,288.17 |
| 12800 | JAKUBIEC, SHAWN | 22.14 | 0.00 | 0.00 | 0.00 | 0.00 | 22.14 |
| 12808 | JAMES CHAMPA | 1,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,950.00 |
| 12689 | JAMES PARK | 520.20 | 104.04 | 104.04 | 0.00 | 104.04 | 208.08 |
| 12285 | GREGORY JAMES | 150.00 | 25.00 | 25.00 | 0.00 | 25.00 | 75.00 |
| 12052 | JEN FORWARDING LLC | 221.76 | 0.00 | 0.00 | 0.00 | 0.00 | 221.76 |
| 10543 | JOE MOHOLLAND MOVING | 12,827.08 | 4,924.36 | 2,307.40 | 0.00 | -0.60 | 5,595.92 |
| 12785 | BLAKE JOHNSON | 895.56 | 0.00 | 0.00 | 0.00 | 0.00 | 895.56 |
| 12670 | DAVID JOHNSON | 1,575.22 | 307.36 | 307.36 | 0.00 | 307.36 | 653.14 |
| 8961 | JPPSO | 706.80 | 0.00 | 0.00 | 0.00 | 0.00 | 706.80 |
| 99 | JPPSO-SAN ANTONIO | 380,901.88 | 86,185.44 | 69,641.30 | 52,828.28 | 51,981.27 | 120,265.59 |
| 12714 | KENNEDY, KAREN (JOSEPH) | 5,277.57 | 160.74 | 160.74 | 0.00 | 160.74 | 4,795.35 |
| 5225 | MARGUERITE (PEGGY) KNEIP | 100.00 | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| 12340 | JESSICA LANUTO | 8,751.60 | 194.48 | 194.48 | 0.00 | 194.48 | 8,168.16 |
| 12715 | DENNIS LOOMAS | 6,785.67 | 227.12 | 227.12 | 0.00 | 227.12 | 6,104.31 |
| 11915 | LOUDERBACK LOGISTICS | 620.00 | 0.00 | 0.00 | 0.00 | 0.00 | 620.00 |
| 10132 | LYTLE'S TRANSFER | 2,255.15 | 0.00 | 2,255.15 | 0.00 | 0.00 | 0.00 |
| 12758 | MAZARIEGOS, MANFREDO | 571.20 | 142.80 | 142.80 | 0.00 | 142.80 | 142.80 |
| 12783 | RANDALL MCCAFFERTY | 6,232.20 | 479.40 | 479.40 | 0.00 | 479.40 | 4,794.00 |
| 12619 | METHODIST HEALTHCARE SYS OF SA | 545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 545.00 |
| 12804 | MILLER, CAMERON | 1,295.62 | 1,167.69 | 42.64 | 0.00 | 42.64 | 42.65 |
| 11706 | MILLER, CASSANDRA | 9,934.35 | 273.63 | 273.63 | 0.00 | 273.63 | 9,113.46 |
| 11792 | MITCHELL MOVING & STORAGE | 924.12 | 0.00 | 308.04 | 0.00 | 0.00 | 616.08 |
| 11790 | MONTES, ADAM | 2,945.00 | 34.00 | 34.00 | 0.00 | 34.00 | 2,843.00 |
| 11748 | MOONRIDGE INTERNATIONAL RELOCA | 4,991.40 | 4,991.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11182 | MOVING STAFFERS | 116.30 | 0.00 | 0.00 | 0.00 | 0.00 | 116.30 |
| 10312 | MUNTERS CORP. - DRYCOOL DIVISION | 861.25 | 0.00 | 0.00 | 0.00 | 0.00 | 861.25 |
| 12408 | NATIONAL DISTRIBUTION SERVICE, INC | 1,324.03 | 0.00 | 0.00 | 0.00 | 0.00 | 1,324.03 |
| 12056 | NATIONAL FORWARDING CO., INC | 2,334.84 | 0.00 | 0.00 | 0.00 | 0.00 | 2,334.84 |
| 11079 | NEDRAC, INC. | 751.62 | 0.00 | 0.00 | 0.00 | 0.00 | 751.62 |
| 63 | NONTEMP JPPSO SAN ANTONIO ($6.00) | 51,184.41 | 2,438.12 | 22,191.25 | 906.40 | 4,035.10 | 21,613.54 |
| 64 | NONTEMP JPPSO SAN ANTONIO ($6.00) | 43.00 | 0.00 | 0.00 | 0.00 | 43.00 | 0.00 |
| 10569 | NUAIRE INC. | 950.00 | 500.00 | 350.00 | 0.00 | 0.00 | 100.00 |
| 12435 | NUCERITY INTERNATIONAL | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |
| 12552 | NAPASHA OBERMULLER | 257.04 | 42.84 | 42.84 | 0.00 | 42.84 | 128.52 |
| 11645 | OCEAN-AIR INTERNATIONAL INC | 4,463.87 | 0.00 | 0.00 | 0.00 | 0.00 | 4,463.87 |
| 12694 | OFFICE SOURCE | 6,710.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,710.00 |
| 12094 | OMEGA RELOCATIONS INC | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| 4702 | OLGA B. ORSO | 186.00 | 37.20 | 37.20 | 0.00 | 37.20 | 74.40 |

8/06/2021
2:57PM

LONE STAR RELOCATION SERVICES, LTD
Accounts Receivable as of 7/2021
Including All A/R Accounts
Including All Branches
Including All Shipment Sources
Including All Shipment Types And all Sub-Types

Page  3

| Customer | | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|
| 4690 | LLOYD OUBRE | 133.15 | 26.69 | 26.69 | 0.00 | 26.69 | 53.08 |
| 12657 | PARK, KATE | 204.00 | 40.80 | 40.80 | 0.00 | 40.80 | 81.60 |
| 12525 | PASTRANA, JUAN | 4,051.80 | 105.40 | 105.40 | 0.00 | 105.40 | 3,735.60 |
| 11289 | PAXTON INTERNATIONAL | 12,141.11 | 115.00 | 2,675.99 | 0.00 | 0.00 | 9,350.12 |
| 12159 | FREEMAN PETERSON | 429.40 | 107.35 | 107.35 | 0.00 | 107.35 | 107.35 |
| 12768 | PIVOT TECHNOLOGY SERVICES CORP | 295.60 | 0.00 | 0.00 | 0.00 | 0.00 | 295.60 |
| 11893 | POWELL RELOCATION  #1657 | 750.00 | 0.00 | 0.00 | 0.00 | 300.00 | 450.00 |
| 11599 | JANNETTE PRICHARD | 630.00 | 210.00 | 0.00 | 0.00 | 0.00 | 420.00 |
| 11503 | PULLEN MOVING COMPANY, INC | 1,362.15 | 0.00 | 0.00 | 1,362.15 | 0.00 | 0.00 |
| 12571 | RAFB AFPC | 2,066.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,066.50 |
| 12515 | RAINIER OVERSEAS MOVERS, INC. | 4,553.55 | 0.00 | 2,938.95 | 0.00 | 0.00 | 1,614.60 |
| 11549 | RELOGISTIX INC. | 1,080.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,080.00 |
| 11941 | ANGELO RODRIGUEZ | 2,400.00 | 100.00 | 100.00 | 0.00 | 100.00 | 2,100.00 |
| 11787 | ROYAL HAWAIIAN MOVERS (MILITARY) | 11,943.74 | 297.72 | 11,646.02 | 0.00 | 0.00 | 0.00 |
| 12765 | SANDLAIN, AUTHOR | 1,548.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,548.60 |
| 251 | SENATE FORWARDING | 391.35 | 0.00 | 0.00 | 0.00 | 0.00 | 391.35 |
| 12791 | SHANNON MITCHELL | 118.30 | 0.00 | 0.00 | 0.00 | 0.00 | 118.30 |
| 11604 | SILVER RIDGE FORWARDING | 9,269.12 | 0.00 | 6,917.64 | 2,854.34 | 0.00 | -502.86 |
| 11934 | SMARTBOX SOLUTIONS, INC. | 4,775.00 | 450.00 | 375.00 | 900.00 | 0.00 | 3,050.00 |
| 10236 | SPECIALTY MOVING SYS, INC. 1813 | 420.00 | 0.00 | 420.00 | 0.00 | 0.00 | 0.00 |
| 10221 | STARTRANS INTERNATIONAL, INC. | 833.20 | 0.00 | 0.00 | 0.00 | 0.00 | 833.20 |
| 12790 | STAYBRIDGE SUITES | 22,681.47 | 0.00 | 0.00 | 0.00 | 13,762.50 | 8,918.97 |
| 11306 | STEVENS WORLDWIDE | 194.10 | 64.60 | 64.60 | 0.00 | 64.60 | 0.30 |
| 11476 | SUDDATH RELO SVCS - CRATED | 15,638.73 | 3,722.27 | 1,406.29 | 0.00 | 0.00 | 10,510.17 |
| 9655 | SUDDATH VAN LINES, INC.-LOOSE | 80,079.74 | 46,859.18 | 24,062.71 | 0.00 | 0.00 | 9,157.85 |
| 12545 | TEXAS ARMORING | 330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 |
| 12126 | TEXAS CUSTOM EXTERIORS, INC. | 1,395.08 | 0.00 | 0.00 | 0.00 | 795.08 | 600.00 |
| 12625 | TIER ONE RELOCATION INTERNATIONA | 6,070.66 | 0.00 | 0.00 | 0.00 | 0.00 | 6,070.66 |
| 11650 | TIER ONE RELOCATION LLC | 9,990.29 | 4,254.77 | 0.00 | 863.28 | 295.00 | 4,577.24 |
| 10981 | TITAN GLOBAL DISTRIBUTION, INC. | -33.27 | 0.00 | 0.00 | 0.00 | 0.00 | -33.27 |
| 10883 | TOTAL MILITARY MANAGEMENT | 142,011.91 | 33,066.92 | 13,380.11 | 14,711.01 | 19,835.95 | 61,017.92 |
| 12452 | TOTAL QUALITY LOGISTICS | 1,050.00 | 350.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| 11990 | TOWNE SERVICES OF SAN ANTONIO | 960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 |
| 12810 | TRACE INTERNATIONAL | 242.66 | 0.00 | 0.00 | 0.00 | 242.66 | 0.00 |
| 12788 | TRI CITY VAN & STORAGE | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 11366 | TRI-STAR INTER'L FORWARDING, INC | 772.24 | 0.00 | 0.00 | 0.00 | 0.00 | 772.24 |
| 12751 | TRIO TRADESHOW LOGISTICS | 1,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 |
| 10871 | UNIPACK GLOBAL RELOCATION , INC. | 835.00 | 0.00 | 0.00 | 307.50 | 0.00 | 527.50 |
| 12798 | USDA-NRCS-TEXAS | 5,925.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,925.00 |
| 11754 | WALKER TRANSFER. INC | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 |
| 12266 | WEATHERSBY GUILD SAN ANTONIO | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| 12180 | GEORGE WEATHERSBY | 1,572.60 | 524.20 | 524.20 | 0.00 | 524.20 | 0.00 |
| 12374 | JUSTIN WHARTON | 7,304.12 | 116.28 | 116.28 | 0.00 | 116.28 | 6,955.28 |
| 12339 | WHEELER, PAT | 687.06 | 229.02 | 229.02 | 0.00 | 229.02 | 0.00 |
| 12166 | WITTIGS OFFICE INTERIORS | 693.40 | 0.00 | 0.00 | 0.00 | 0.00 | 693.40 |
| 12218 | WORLD INTERNATIONAL FORWARDINC | 14,109.49 | 679.40 | 1,635.06 | 0.00 | 0.00 | 11,795.03 |
| 12398 | BARBARA WRIGHT | 102.00 | 34.00 | 34.00 | 0.00 | 34.00 | 0.00 |

| Total Customers: | 165 | 1,153,171.76 | 226,873.49 | 203,179.91 | 98,764.70 | 125,501.90 | 498,851.76 |

# SCHEDULE A/B PART 8, QUESTION 47

## VEHICLE LIST

| Veh # | Cust # | Year | Make | Model | VIN | LIAB | PIP | U/M | COMP | COLL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 127 | 2000 | Ford | Pack Van | 1FDWE35L0YHA57744 | X | X | X | X | X |
| 2 | 126 | 2000 | Ford | Pack Van | 1FDWE35L2YHA57860 | X | X | X | X | X |
| 3 | 128 | 2002 | Chevy | Pack Van | 1GCGG25R521122802 | X | X | X | X | X |
| 4 | 131 | 2000 | Ford | Pack Van | 1FDWE35LXYHA87219 | X | X | X | X | X |
| 5 | 132 | 2000 | Chevy | Pack Van | 1GCGG25R0Y1197898 | X | X | X | X | X |
| 6 | 211 | 2004 | Ford | Straight Truck | 3FRNF65J74V621311 | X | X | X | X | X |
| 7 | 212 | 2004 | Ford | Straight Truck | 3FRNF65J94V621312 | X | X | X | X | X |
| 8 | 213 | 2000 | GMC | Straight Truck | 1GDK7H1C8YJ503644 | X | X | X | X | X |
| 9 | 214 | 2004 | Ford | Straight Truck | 3FRNF65294V619262 | X | X | X | X | X |
| 10 | 215 | 2004 | Ford | Straight Truck | 3FRNF65284V619267 | X | X | X | X | X |
| 11 | 318 | 2001 | Sterling | Tractor | 2FWBA9AK41AB43794 | X | X | X | X | X |
| 12 | 402 | 1992 | Oshkosh | Trailer | 4MLP24828NM601006 | X | X | | | |
| 13 | 408 | 1988 | Snyder | Trailer | 280383091SHT88021 | X | X | | | |
| 14 | 425 | 1986 | Kentucky | Trailer | 1KKVE4528GL076105 | X | X | | | |

| Veh # | Cust # | Year | Make | Model | VIN | LIAB | PIP | U/M | COMP | COLL |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 426 | 1987 | Kentucky | Trailer | 1KKVE4829HL078071 | X | X | | | |
| 16 | 429 | 1997 | Wabash | Trailer | 1JJF32267VL426571 | X | x | | | |
| 17 | 431 | 1996 | Kentucky | Trailer | 1KKVE4825TL106487 | X | X | | | |
| 18 | 134 | 2001 | Isuzu | NPR | JALC4B14017004345 | X | X | X | X | X |
| 19 | 216 | 2001 | GMC | 26' Bobtail | 1GDJ6H1C41J501278 | X | X | X | X | X |
| 20 | 218 | 1996 | GMC | 26' Bobtail | 1GDJ6H1J9TJ507532 | X | X | | | |
| 21 | 219 | 2002 | Freightliner | 26' Bobtail | 1FVABSAK52HJ57168 | X | X | | | |
| 22 | 433 | 1994 | STN | TRLR | 1DW1A4822RS900909 | X | X | X | X | X |
| 23 | 319 | 2007 | STERLING | TRACTOR | 2FWBASDC27AX80930 | X | X | X | X | X |
| 24 | 321 | 2008 | INTL | TRACTOR | 2HSCWAPR98C522305 | X | X | X | X | X |
| 25 | 320 | 2009 | INTL | TRACTOR | 2HSCUAPR89C114563 | X | X | X | X | X |
| 26 | 220 | 2010 | FREIGHTLINER | TRACTOR | 1FVACYDJ5ADAN9916 | X | X | X | X | X |
| 27 | 221 | 2010 | FREIGHTLINER | TRACTOR | 1FVACYDJ7ADAN9917 | X | X | X | X | X |
| 28 | 222 | 2010 | FREIGHTLINER | TRACTOR | 1FVACYDJ9ADAN9918 | X | X | X | X | X |
| 29 | 223 | 2010 | FREIGHTLINER | TRACTOR | 1FVACYDJ0ADAN9919 | X | X | X | X | X |
| 30 | 323 | 2011 | FREIGHTLINER | TRACTOR | 1FUBC5CV6BDAV7766 | X | X | X | X | X |
| 31 | 324 | 2011 | FREIGHTLINER | TRACTOR | 1FUJGLDR7BSAY9658 | X | X | X | X | X |
| 32 | 325 | 2011 | FREIGHTLINER | TRACTOR | 1FUJGMDR2BDAY9321 | X | X | X | X | X |
| 33 | 326 | 2011 | FREIGHTLINER | TRACTOR | 1FUJC5DV7BHAY9659 | X | X | X | X | X |
| 34 | 322 | 2012 | FREIGHTLINER | TRACTOR | 1FUBC4DV7CDBD0374 | X | X | X | X | X |
| 35 | 435 | 2003 | FREIGHTLINER | TRACTOR | 1FUJAPCG73LK78778 | X | X | X | X | X |
| 36 | 436 | 2013 | Chevrolet | Silverado | 3GCPCTE01DG205179 | X | X | X | X | X |
| 37 | | 1995 | Kentucky | Trailer | 1KKVE5028SL100604 | X | X | X | X | X |
| 38 | 133 | 2001 | Chevy | Van | 1GCEG15W011237622 | X | X | X | X | X |
| 39 | | 2005 | International | Bobtail | 1HTMMAAL75H142376 | X | X | X | X | X |
| 40 | | 2010 | Ford | E-350 Van | 1FTDS3EL1ADA15083 | X | X | X | X | X |
| 41 | | 1993 | Kentucky | Trailer | 1KKVF502XPL095118 | X | X | X | X | X |
| 42 | 224 | 2014 | Hino | 24' Bobtail | 5PVNE8JVXE4S53374 | X | X | X | X | X |
| 43 | 225 | 2016 | Hino | 24' Bobtail | 5PVNE8JV8G4S54736 | X | X | X | X | X |
| 44 | | 2015 | GMC | | 1GTW7FCF4F1901819 | X | X | X | X | X |
| 46 | | 2016 | Chevrolet | Pickup | 1GCGSDE14G1315874 | X | X | X | X | X |
| 47 | 130 | 2000 | Ford | Pack Van | 1FDWE35L4YHA64342 | X | X | X | X | X |

## SCHEDULE A/B PART 8, QUESTION 50 ATTACHMENT

### 2017 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION / OTHER

| Asset No. | Description | Date Acquired | Method | Life | Line No. C/O | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | OFFICE FURNITURE/LIGHTS | 07/01/16 | 200DB | 7.00 | HY17 | 9,000. | | | | 9,000. | 643. | | 2,388. | 3,031. |
| 3 | WAREHOUSE EQUIPMENT | 07/01/16 | 200DB | 7.00 | HY17 | 7,500. | | | | 7,500. | 536. | | 1,990. | 2,576. |
| 4 | 2013 CHEVROLET 1500 PICKUP | 07/01/16 | 200DB | 5.00 | HY17 | 27,000. | | | | 27,000. | 2,700. | | 9,720. | 12,420. |
| 5 | EQUIPMENT | 07/01/16 | 200DB | 5.00 | HY17 | 14,000. | | | | 14,000. | 1,200. | | 4,320. | 5,520. |
| 6 | VAULTS | 07/01/16 | 200DB | 7.00 | HY17 | 195,000. | | 195,000. | | 195,000. | | | 0. | |
| 7 | OFFICE FURNISHINGS & LIGHTS | 07/01/16 | 200DB | 10.00 | HY17 | 20,000. | | | | 20,000. | 1,000. | | 1,800. | 2,800. |
| 8 | SPRINKLER SYSTEM | 07/01/16 | 200DB | 10.00 | HY17 | 8,000. | | | | 8,000. | 400. | | 1,520. | 1,920. |
| 9 | VAULTS | 07/01/16 | 200DB | 10.00 | HY17 | 65,000. | | 65,000. | | 65,000. | | | 0. | |
| 10 | EQUIPMENT | 07/01/16 | 200DB | 5.00 | HY17 | 12,000. | | | | 12,000. | 1,200. | | 4,320. | 5,520. |
| 11 | CARRYOVER FROM 2016 ASSET | | | | HY10 | | | | | | | | | |
| | LESS 179 C/O | | | | HY17 | | | | | | | -65,000. | -65,000. | |
| 12 | 2000 FORD E350 14' CUBE | 07/01/16 | 200DB | 5.00 | HY17 | 5,700. | | | | 5,700. | 570. | | 2,052. | 2,622. |
| 13 | 2000 FORD E350 14' CUBE | 07/01/16 | 200DB | 5.00 | HY17 | 5,700. | | | | 5,700. | 570. | | 2,052. | 2,622. |
| 14 | 2002 CHEVROLET 2500 | 07/01/16 | 200DB | 5.00 | HY17 | 3,000. | | | | 3,000. | 300. | | 1,080. | 1,380. |
| 15 | 2000 FORD E350 14 CUBE | 07/01/16 | 200DB | 5.00 | HY17 | 5,700. | | | | 5,700. | 570. | | 2,052. | 2,622. |
| 16 | 2000 FORD E350 14' BOX | 07/01/16 | 200DB | 5.00 | HY17 | 5,900. | | | | 5,900. | 590. | | 2,124. | 2,714. |
| 17 | 2000 CHEVROLET 3500 | 07/01/16 | 200DB | 5.00 | HY17 | 2,800. | | | | 2,800. | 280. | | 1,008. | 1,288. |
| 18 | 2001 CHEVROLET 2500 | 07/01/16 | 200DB | 5.00 | HY17 | 2,400. | | | | 2,400. | 240. | | 864. | 1,104. |

728111 04-01-17

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2017 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION                                               OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 2001 ISUZU/NPR 16' BOX | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,000. | | | | 8,000. | 800. | | 2,880. | 3,680. |
| 20 | 2010 FORD E350 13 PASSENGER | 07/01/16 | 200DB | 5.00 | HY | 17 | 11,700. | | | | 11,700. | 1,170. | | 4,212. | 5,382. |
| 21 | 2004 FORD F650 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 14,000. | | | | 14,000. | 1,400. | | 5,040. | 6,440. |
| 22 | 2004 FORD F650 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 14,000. | | | | 14,000. | 1,400. | | 5,040. | 6,440. |
| 23 | 2000 GMC C7500 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 9,300. | | | | 9,300. | 930. | | 3,348. | 4,278. |
| 24 | 2004 FORD F650 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 12,500. | | | | 12,500. | 1,250. | | 4,500. | 5,750. |
| 25 | 2004 FORD F650 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 12,500. | | | | 12,500. | 1,250. | | 4,500. | 5,750. |
| 26 | 2001 GMC C6500 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 9,800. | | | | 9,800. | 980. | | 3,528. | 4,508. |
| 27 | 1996 GMC C6500 BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,900. | | | | 8,900. | 890. | | 3,204. | 4,094. |
| 28 | 2002 FREIGHTLINER BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 10,500. | | | | 10,500. | 1,050. | | 3,780. | 4,830. |
| 29 | 2010 FREIGHTLINER BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 27,000. | | | | 27,000. | 2,700. | | 9,720. | 12,420. |
| 30 | 2010 FREIGHTLINER BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 27,000. | | | | 27,000. | 2,700. | | 9,720. | 12,420. |
| 31 | 2010 FREIGHTLINER BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 26,000. | | | | 26,000. | 2,600. | | 9,360. | 11,960. |
| 32 | 2010 FREIGHTLINER BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 28,500. | | | | 28,500. | 2,850. | | 10,260. | 13,110. |
| 33 | 2014 HINO BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 43,000. | | | | 43,000. | 4,300. | | 15,480. | 19,780. |
| 34 | 2016 HINO BOBTAIL | 07/01/16 | 200DB | 5.00 | HY | 17 | 55,000. | | | | 55,000. | 5,500. | | 19,800. | 25,300. |
| 35 | 2001 STERLING TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 4,000. | | | | 4,000. | 667. | | 2,222. | 2,889. |
| 36 | 2007 STERLING TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 18,000. | | | | 18,000. | 3,000. | | 10,000. | 13,000. |

728111 04-01-17

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2017 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 2009 INTERNATIONAL TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 22,000. | | | | 22,000. | 3,667. | | 12,222. | 15,889. |
| 38 | 2008 INTERNATIONAL TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 21,000. | | | | 21,000. | 3,500. | | 11,667. | 15,167. |
| 39 | 2012 FREIGHTLINER DAY CAB | 07/01/16 | 200DB | 3.00 | HY | 17 | 44,000. | | | | 44,000. | 7,333. | | 24,445. | 31,778. |
| 40 | 2011 FREIGHTLINER DAY CAB | 07/01/16 | 200DB | 3.00 | HY | 17 | 41,000. | | | | 41,000. | 6,833. | | 22,778. | 29,611. |
| 41 | 2011 FREIGHTLINER TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 51,000. | | | | 51,000. | 8,500. | | 28,333. | 36,833. |
| 42 | 2011 FREIGHTLINER TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 64,000. | | | | 64,000. | 10,667. | | 35,555. | 46,222. |
| 43 | 2011 FREIGHTLINER DAY CAB | 07/01/16 | 200DB | 3.00 | HY | 17 | 41,000. | | | | 41,000. | 6,833. | | 22,778. | 29,611. |
| 44 | 1999 PETERBUILT TRACTOR | 07/01/16 | 200DB | 3.00 | HY | 17 | 17,500. | | | | 17,500. | 2,917. | | 9,722. | 12,639. |
| 45 | 1992 OSHKOSH FLAT | 07/01/16 | 200DB | 5.00 | HY | 17 | 4,200. | | | | 4,200. | 420. | | 1,512. | 1,932. |
| 46 | 1977 SHOP FLATBED | 07/01/16 | 200DB | 5.00 | HY | 17 | 1,200. | | | | 1,200. | 120. | | 432. | 552. |
| 47 | 1977 MATLOCK VAN | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,500. | | | | 8,500. | 850. | | 3,060. | 3,910. |
| 48 | 1982 TRAX 30' GOOSE NECK | 07/01/16 | 200DB | 5.00 | HY | 17 | 2,800. | | | | 2,800. | 280. | | 1,008. | 1,288. |
| 49 | 1988 SHOP 30' GOOSENECK | 07/01/16 | 200DB | 5.00 | HY | 17 | 3,200. | | | | 3,200. | 320. | | 1,152. | 1,472. |
| 50 | 1988 SNYDER 48' W/38' DROP | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,700. | | | | 8,700. | 870. | | 3,132. | 4,002. |
| 51 | 1986 KENTUCKY 45' FLAT FLOOR | 07/01/16 | 200DB | 5.00 | HY | 17 | 3,900. | | | | 3,900. | 390. | | 1,404. | 1,794. |
| 52 | 1987 KENTUCKY 48' FLAT FLOOR | 07/01/16 | 200DB | 5.00 | HY | 17 | 4,200. | | | | 4,200. | 420. | | 1,512. | 1,932. |
| 53 | 1997 WABASH 32' W/LIFT KIT | 07/01/16 | 200DB | 5.00 | HY | 17 | 4,900. | | | | 4,900. | 490. | | 1,764. | 2,254. |
| 54 | 1996 KENTUCKY 48' FLAT FLOOR | 07/01/16 | 200DB | 5.00 | HY | 17 | 6,200. | | | | 6,200. | 620. | | 2,232. | 2,852. |

728111 04-01-17

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2017 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 1994 STOUGHTON 48' | 07/01/16 | 200DB | 5.00 | HY | 17 | 6,000. | | | | 6,000. | 600. | | 2,160. | 2,760. |
| 56 | 1995 KENTUCKY 50' TRI DROP HIGH CUBE | 07/01/16 | 200DB | 5.00 | HY | 17 | 13,500. | | | | 13,500. | 1,350. | | 4,860. | 6,210. |
| 57 | 1993 KENTUCKY 50' TRI DROP HIGH CUBE | 07/01/16 | 200DB | 5.00 | HY | 17 | 12,000. | | | | 12,000. | 1,200. | | 4,320. | 5,520. |
| 58 | 1981 KENTUCKY 47' STORAGE | 07/01/16 | 200DB | 5.00 | HY | 17 | 3,800. | | | | 3,800. | 380. | | 1,368. | 1,748. |
| 59 | 2006 LUFKIN 32' WITH LIFT KIT | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,200. | | | | 8,200. | 820. | | 2,952. | 3,772. |
| 60 | 2003 CHEVROLET 3500 PICKUP | 07/01/16 | 200DB | 5.00 | HY | 17 | 9,700. | | | | 9,700. | 970. | | 1,492. | 1,462. |
| 61 | 1997 MOFFETT FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 6,900. | | | | 6,900. | 690. | | 2,484. | 3,174. |
| 62 | PALFINGER CR55 | 07/01/16 | 200DB | 5.00 | HY | 17 | 3,200. | | | | 3,200. | 320. | | 1,152. | 1,472. |
| 63 | 2007 TUSK FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,500. | | | | 8,500. | 850. | | 3,060. | 3,910. |
| 64 | 2005 KOMATSU FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 4,500. | | | | 4,500. | 450. | | 1,620. | 2,070. |
| 65 | 2007 KOMATSU FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 6,700. | | | | 6,700. | 670. | | 2,412. | 3,082. |
| 66 | 1997 TOYOTA FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 4,900. | | | | 4,900. | 490. | | 764. | 1,254. |
| 67 | 1999 TOYOTA FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 7,800. | | | | 7,800. | 780. | | 2,808. | 3,588. |
| 68 | 2013 CROWN FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 16,700. | | | | 16,700. | 1,670. | | 6,012. | 7,682. |
| 69 | 2013 CROWN FORKLIFT | 07/01/16 | 200DB | 5.00 | HY | 17 | 16,700. | | | | 16,700. | 1,670. | | 6,012. | 7,682. |
| 70 | BALERS | 07/01/16 | 200DB | 5.00 | HY | 17 | 8,200. | | | | 8,200. | 820. | | 2,952. | 3,772. |
| 71 | EQUIPMENT | 07/01/16 | 200DB | 7.00 | HY | 17 | 20,000. | | | | 20,000. | 1,429. | | 5,306. | 6,735. |
| 72 | AWNING/CANOPY/DOCK | 07/01/16 | 150DB | 15.00 | | 16 | 30,600. | | | | 30,600. | 1,530. | | 2,907. | 4,437. |

728111 04-01-17

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2017 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION                                                                           OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | ASPHAULT/PARING | 07/01/16 | 150DB | 15.00 | | 16 | 21,400. | | | | 21,400. | 1,070. | | 2,033. | 3,103. |
| 74 | OFFICE LIGHTS, FLOORING, SOLAR PANELS | 07/01/16 | 200DB | 7.00 | HY | 17 | 44,000. | | | | 44,000. | 3,143. | | 11,673. | 14,816. |
| 75 | COMPUTER EQUIPMENT | 07/01/16 | 200DB | 5.00 | HY | 17 | 12,000. | | 2,000. | | 10,000. | 1,000. | | 3,600. | 4,600. |
| 76 | SPRINKLER SYSTEM | 07/01/16 | 200DB | 10.00 | HY | 17 | 8,000. | | | | 8,000. | 400. | | 1,520. | 1,920. |
| 77 | VAULTS | 07/01/16 | 200DB | 7.00 | HY | 17 | 220,000. | | 220,000. | | | | | 0. | |
| 78 | TRAILERS-STORAGE | 07/01/16 | 200DB | 7.00 | HY | 17 | 18,000. | | 18,000. | | | | | 0. | |
| 79 | EQUIPMENT | 07/01/16 | 200DB | 5.00 | HY | 17 | 18,000. | | | | 18,000. | 1,800. | | 6,480. | 8,280. |
| 80 | GOODWILL | 07/01/16 | 180M | | | 43 | 395,000. | | | | 395,000. | 146,500. | | 293,000. | 439,500. |
| 81 | LOAN FEES | 07/01/16 | 120M | | | 43 | 128,923. | | | | 128,923. | 6,446. | | 12,892. | 19,338. |
| 82 | CARRYOVER FROM 2016 ASSET # 64 | | | | HY | 10 | | | | | | | 2,000. | 2,000. | |
| | LESS 179 C/O | | | | | | | | | | | | -2,000. | -2,000. | |
| 83 | CARRYOVER FROM 2016 ASSET # 66 | | | | HY | 10 | | | | | | | 220,000. | 220,000. | |
| | LESS 179 C/O | | | | | | | | | | | | -220,000. | -220,000. | |
| 84 | CARRYOVER FROM 2016 ASSET # 67 | | | | HY | 10 | | | | | | | 18,000. | 18,000. | |
| | LESS 179 C/O | | | | | | | | | | | | -18,000. | -18,000. | |
| 85 | TRAILER - 2005 KENTUCKY | 05/03/17 | 200DB | 5.00 | HY | 19B | 17,000. | | | | 17,000. | | | 3,400. | 3,400. |
| 86 | TRUCK SIGNS | 05/22/17 | 200DB | 5.00 | HY | 19B | 59,070. | | | | 59,070. | | | 11,814. | 11,814. |
| 87 | FORKLIFT - 2013 HYUNDAI | 06/26/17 | 200DB | 5.00 | HY | 19B | 9,610. | | | | 9,610. | | | 1,922. | 1,922. |

728111 04-01-17

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2017 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | DIRECT - SOFTWARE | 01/30/17 | 200DB | 3.00 | HY | 19A | 4,100. | | | | 4,100. | | | 1,367. | 1,367. |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | | ,218,703. | | 500,000. | | 5,718,703. | 278,314. | | 757,934. | ,036,248. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | ,128,923. | | 500,000. | 0. | 5,628,923. | 278,314. | | | ,017,745. |
| | ACQUISITIONS | | | | | | 89,780. | | 0. | 0. | 89,780. | 0. | | | 18,503. |
| | DISPOSITIONS | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | ,218,703. | | 500,000. | 0. | 5,718,703. | 278,314. | | | ,036,248. |

728111 04-01-17

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

8

**Fill in this information to identify the case:**

Debtor name __Alliance Transportation Services, Ltd.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): __21-50987__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Rawhide Industries, LLC<br><br>Creditor's mailing address<br>106 Ponca Bend<br>San Antonio, TX 78231<br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>See Schedule A/B Part 7, Question 39 Attachment, Moving an Storage Vaults, Pads, Boxes and related materials, Accounts Receivable, See Schedule A/B Part 8, Question 50 Attachment<br><br>Describe the lien<br>Agreement you made, Second Lien Priority<br>Is the creditor an insider or related party?<br>☑ No  ☐ Yes<br>Is anyone else liable on this claim?<br>☐ No  ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | $ 2,394,302.14 | $ 1,153,171.78 |

Date debt was incurred ___
Last 4 digits of account number ___
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,
> The Bank of San Antonio - First Lien
> Rawhide Industries, LLC - Second lien

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>The Bank of San Antonio<br><br>Creditor's mailing address<br>888 Isom<br>Suite 100, San Antonio, TX 78216<br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>See Schedule A/B Part 7, Question 39 Attachment, Moving an Storage Vaults, Pads, Boxes and related materials, See Schedule A/B Part 8, Question 47 Attachment, Accounts Receivable, See Schedule A/B Part 8, Question 50 Attachment<br><br>Describe the lien<br>Agreement you made, First Lien Priority<br>Is the creditor an insider or related party?<br>☑ No  ☐ Yes<br>Is anyone else liable on this claim?<br>☐ No  ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | $2,567,472.52 | $1,153,413.66 |

Date debt was incurred ___
Last 4 digits of account number ___
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  > The Bank of San Antonio - First Lien
  > Rawhide Industries, LLC - Second lien
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 4,961,774.66

| Debtor | Alliance Transportation Services, Ltd. | Case number (if known) | 21-50987 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bill Kingman<br>Law Offices of William B. Kingman, PC<br>3511 Broadway<br>San Antonio, TX, 78209 | Line 2. _1_ | _____ |
| Michael Flume<br>FLUME LAW FIRM, LLP<br>1020 N.E. Loop 410, Suite 530<br>San Antonio, TX, 78209 | Line 2. _2_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor     Alliance Transportation Services, Ltd.

United States Bankruptcy Court for the:    Western District of Texas

Case number   21-50987
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX, 78283

As of the petition filing date, the claim is:   $ Unknown     $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Alliance Transportation Services, LLC. | Case number (if known) | 21-50987 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Brian Brown
3903 Barrington St
Apt 2016 Park At Ventana Apartments
San Antonio, TX, 78217

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 11904

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
AC Element
1900 East College Ave

Cudahy, WI, 53110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12254

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Adam Montes
Fort Sam Houston

TX, 78234

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 11790

$ Undetermined

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Alford, Jamar
Jppso San Antonio
Supplier Support Flight
Lackland AFB, TX, 78236

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Claim # Olon2066232

$ 0.00

Date or dates debt was incurred 2/12/2021
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Amalgamated Financial Group
105 White Oak Lane

Old Bridge, NJ, 8857

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Collection Agency

$ 165.38

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
American Express
Po Box 650448

Dallas, TX, 75265 0448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 90,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Alliance Transportation Services, LLC
Name

Case number (if known) 21-50987

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

### 3.7 Nonpriority creditor's name and mailing address

Angelo Rodriguez
C/O Milly Arroyo

AK

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer: 11941

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

### 3.8 Nonpriority creditor's name and mailing address

At&T Alliance
Po Box 105414

Atlanta, GA, 30348 5414

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 291.19

### 3.9 Nonpriority creditor's name and mailing address

Barbara Wright
Po Box 99321

Lakewood, WA, 98496

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer: 12398

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

### 3.10 Nonpriority creditor's name and mailing address

Bio Medical Solutions, Inc.
3727 Greenbriar Dr.
#304
Stafford, TX, 77477

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer: 11074

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

### 3.11 Nonpriority creditor's name and mailing address

Brian Vicente
99 James P Murphy Highway
Attn: Document Control Dept
West Warwick, RI, 2893

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer: 9656

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor  Alliance Transportation Services, LLC
_____
        Name

Case number (if known)  21-50987
_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.12** Nonpriority creditor's name and mailing address

Cassandra Miller
Po Box 33321

San Antonio, TX, 78265

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 11706

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.13** Nonpriority creditor's name and mailing address

Castell Automatic Fire Protect
2836 Delafield

Houston, TX, 77023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,189.57

---

**3.14** Nonpriority creditor's name and mailing address

CDS Moving Equipment
375 West Manville St

Rancho Domingue, CA, 90220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 68,586.51

---

**3.15** Nonpriority creditor's name and mailing address

Chris Alegria
19901 Cheyenne Calley Dr

Round Rock, TX, 78664

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 11838

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.16** Nonpriority creditor's name and mailing address

Christopher Cummings
Emaple4024@Gmail.Com
4724 Green Bluff Dr.
Schertz, TX, 78154

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12755

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor    Alliance Transportation Services, LLC             Case number *(if known)*   21-50987
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**   **Nonpriority creditor's name and mailing address**

Comco Systems
306 West Overly Dr

Lake Dallas, TX, 75065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12003

$ Unknown

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☒ No<br>☐ Yes |

---

**3.18**   **Nonpriority creditor's name and mailing address**

Cosa City Of San Antonio
300 South Alamo
Maintenance Basement Receiving
San Antonio, TX, 78205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12356

$ Unknown

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No<br>☐ Yes |

---

**3.19**   **Nonpriority creditor's name and mailing address**

CPS Alliance
Po Box 2678

San Antonio, TX, 78289 0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 167.06

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No<br>☐ Yes |

---

**3.20**   **Nonpriority creditor's name and mailing address**

CPS Lone Star
Po Box 2678

San Antonio, TX, 78289 0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 391.37

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☒ No<br>☐ Yes |

---

**3.21**   **Nonpriority creditor's name and mailing address**

Crown Lift Trucks
Po Box 641173

Cincinnati, OH, 45264 1173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 154.42

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No<br>☐ Yes |

Debtor   Alliance Transportation Services, LLC          Case number (if known)  21-50987
         _____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22** Nonpriority creditor's name and mailing address

David Brown
129 Grand Vista

Cibolo, TX, 78108

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Customer: 12777

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ Undetermined

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3. 23** Nonpriority creditor's name and mailing address

David Duplessis
2887 Graham Road

Fort Sam Houston, TX, 78234

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  No Claim Number Assigned

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ Unknown

Date or dates debt was incurred   24/06/2021
Last 4 digits of account number   _____

**3. 24** Nonpriority creditor's name and mailing address

David Johnson
Davjohnson1987@Gmail.Com
9482 Lighthouse Pointe
Hopewell, VA, 23860

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Customer: 12670

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ Unknown

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3. 25** Nonpriority creditor's name and mailing address

Davyne Bantolina
C/O Transpo Services
4411 E. 119 Th Street
Grandview, MO, 64030

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  Claim# Hafc0570979

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 0.00

Date or dates debt was incurred   3/15/2021
Last 4 digits of account number   _____

**3. 26** Nonpriority creditor's name and mailing address

DB Well
8209 Roughrider Drive

San Antonio, TX, 78239

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Utility Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 12,933.28

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor  Alliance Transportation Services, LLC
        Name

Case number (if known)  21-50987

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.27** Nonpriority creditor's name and mailing address

Denali Group
Po Box 389666

Seattle , WA, 98138

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Promised to help pay creditors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,279.00

---

**3.28** Nonpriority creditor's name and mailing address

Dennis Loomas
Dennis.Loomas24@Gmail.Com
340 Treeline Park #824
San Antonio, TX, 78209

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12715

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.29** Nonpriority creditor's name and mailing address

Dice Forwarding
163 US Highway 130
Ste 2F ?
Bordentown, NJ, 8505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Promised to help pay creditors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 100.00

---

**3.30** Nonpriority creditor's name and mailing address

Digital Document Solutions
411 East Aviation Blve
Suite 1
Universal City, TX, 78148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,139.56

---

**3.31** Nonpriority creditor's name and mailing address

Direct Chemical Solutions
303 N. Glenoaks Blvd
Ste 200
Burbank, CA, 91502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 956.07

---

Debtor    Alliance Transportation Services, LLC                    Case number (if known)    21-50987
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 32  **Nonpriority creditor's name and mailing address**

Douglas Jackson
1907 Hamilton Street

Holt, MI, 48842

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer: 12442

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Esther Kamau
2261 Hughes Avenue
Ste 160
Lackland Afb, TX, 78236 9858

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer: 63

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Fed Ex
Dept Ch
Po Box 10306
Palatine, IL, 60055 0306

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 1,191.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Felix Aranzadi
11350 Random Hills Rd
Suite 130
Fairfax, VA, 22030

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer: 12712

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Fic Print And Copy
1150 North Loop 1604 West
Ste 108 603
San Antonio, TX, 78248

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 416.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Alliance Transportation Services, Llc          Case number *(if known)*   21-50987

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ³⁷   **Nonpriority creditor's name and mailing address**

Freeman Peterson
4816 Birmingham Drive

Indianapolis, IN, 46235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12159

$ _Unknown_

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ³⁸   **Nonpriority creditor's name and mailing address**

George Weathersby
7311 Pine Haven

San Antonio, TX, 78244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12180

$ _Unknown_

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ³⁹   **Nonpriority creditor's name and mailing address**

Gordon Krnaich
99 James P Murphy Highway
Attn: Document Control Dept
West Warwick, RI, 2893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 9656

$ _Unknown_

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⁴⁰   **Nonpriority creditor's name and mailing address**

Gregory Chapin
1212 St George Road

Evansville, IN, 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer No: 133

$ _Unknown_

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⁴¹   **Nonpriority creditor's name and mailing address**

Gregory James
2837 Dunbar Ave

Fort Myers, FL, 33916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12285

$ _Unknown_

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Alliance Transportation Services, Llc                                    Case number *(if known)*   21-50987
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42 Nonpriority creditor's name and mailing address**

Guadalupe Sepulveda
Po Box 1306
Attn: Taylor J Arpin
East Greenwich, RI, 2818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Customer: 9714

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.43 Nonpriority creditor's name and mailing address**

Hadi Fariss
Po Box 3276

Saginaw, MI, 48605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Customer No: 11306

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.44 Nonpriority creditor's name and mailing address**

Harry Sardella
Hsardella@Msn,Con
210 501 4446
TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:** Claim No Number Attached

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____5/1/2021_____

Last 4 digits of account number _____

---

**3.45 Nonpriority creditor's name and mailing address**

Heike Butler
3501 Pin Oak Drive
Apt 816
San Antonio, TX, 78229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Customer: 12199

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.46 Nonpriority creditor's name and mailing address**

Heritage Radiology, Llc
6496 N. New Braunfels

San Antonio, TX, 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Customer: 12090

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Alliance Transportation Services, Llc
Name

Case number (if known)  21-50987

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 47 Nonpriority creditor's name and mailing address

Hyatt Regency Hotel
123 Losoya Street

San Antonio, TX, 78205

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 10596

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 48 Nonpriority creditor's name and mailing address

Idea Lease
4300 IH - 10 East

San Antonio, TX, 78219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,586.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 49 Nonpriority creditor's name and mailing address

James Park
Jcpark@Coamerica.Com
3092 CR 201
Uvalde, TX, 78801

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12689

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 50 Nonpriority creditor's name and mailing address

Jannette Prichard
43 Granburg Circle

San Antonio, TX, 78218

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 11599

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 51 Nonpriority creditor's name and mailing address

Jason Cromartie
99 James P Murphy Highway
Attn: Document Control Dept
West Warwick, RI, 2893

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 9656

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Alliance Transportation Services, LLC          Case number (if known)    21-50987
            Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 52** Nonpriority creditor's name and mailing address

Jason Davis
230 Gabriel Vista West

Georgetown, TX, 78633

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** No Claim Number

$ Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    1/21/2021
Last 4 digits of account number    _____

**3. 53** Nonpriority creditor's name and mailing address

Jessica Lanuto
13520 Luxe Ave
Apt 202
Lakewood Ranch, FL, 34211 4505

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12340

$ Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3. 54** Nonpriority creditor's name and mailing address

Jimmy Bowser
1714 Frontier Valley Drive

Austin, TX, 78741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Claim # Qefl0043696

$ Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    7/30/2021
Last 4 digits of account number    _____

**3. 55** Nonpriority creditor's name and mailing address

Jose Pedro
99 James P Murphy Highway
Attn: Document Control Dept
West Warwick, RI, 2893

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 9656

$ Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3. 56** Nonpriority creditor's name and mailing address

Joseph Michael Babb
2935 Thousand Oaks
No 6 122
San Antonio, TX, 78247 3312

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 11886

$ Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor   Alliance Transportation Services, LLC
         _____     Case number (if known)   21-50987
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Juan Pastrana
12436 Vance Jackson Rd
#532
San Antonio, TX

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12525

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ _____ Unknown

---

**3.58** Nonpriority creditor's name and mailing address

Julian Uribe
1130 Ramagen Road

Seaside, CA, 93955

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Claim Hafc058612

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   6/13/2021
Last 4 digits of account number   _____

$ _____ Unknown

---

**3.59** Nonpriority creditor's name and mailing address

Julian Uribepineda
C/O Tmm
8445 Western Way
Jacksonville , FL, 32256

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Property Damage Final Settlement Hafc0583612

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   2/8/2021
Last 4 digits of account number   _____

$ _____ Unknown

---

**3.60** Nonpriority creditor's name and mailing address

Justin Wharton
309 Vine Street

Beckley, WV, 25801 4845

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12374

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ _____ Unknown

---

**3.61** Nonpriority creditor's name and mailing address

Karen (Joseph) B Kennedy
Bigskymontana7@Gmail.Com

AK

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12714

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ _____ Unknown

Debtor  Alliance Transportation Services, LLC    Case number (if known) 21-50987
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 62** Nonpriority creditor's name and mailing address

Kate Park
120 West Olmos

San Antonio, TX, 78212

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12657

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3. 63** Nonpriority creditor's name and mailing address

Knight
12961 Park Central
Suite 1470
San Antonio, TX, 78216

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 295.79

---

**3. 64** Nonpriority creditor's name and mailing address

Krishna Adams
8907 Interlachen

Selma, TX, 78154

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12774

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3. 65** Nonpriority creditor's name and mailing address

Lloyd Oubre
122 Ruellia Drive

Georgetown, TX, 78633

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 4690

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3. 66** Nonpriority creditor's name and mailing address

Lois Borsay
10 Oakwell Farms Parkway

San Antonio, TX, 78218

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12604

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor    Alliance Transportation Services, LLC                                    Case number (if known) 21-50987
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.67** Nonpriority creditor's name and mailing address

Lone Star Pest Solutions
Po Box 461574

San Antonio, TX, 78246 1574

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 151.58

---

**3.68** Nonpriority creditor's name and mailing address

Lorenzo Salgado
815 S Main Street
Government Services Division
Jacksonville, FL, 32207

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 11476

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.69** Nonpriority creditor's name and mailing address

Manfredo Mazariegos
3741 Dean Circle

Fort Sam Houston, TX, 78234

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12758

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.70** Nonpriority creditor's name and mailing address

Marguerite (Peggy) Kneip
109 West French Place

San Antonio, TX, 78212

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 5225

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.71** Nonpriority creditor's name and mailing address

Marion Collins
57 Forysth St Nw
Unit 15 B
Atlanta, GA, 30303

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12759

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

Debtor    Alliance Transportation Services, LLC        Case number (if known)   21-50987
       Name

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   Nonpriority creditor's name and mailing address

Mark Mc Pherson
614 Harrison Street
Suite B
Sumner, WA, 98390

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customer: 12528

$ _Unknown_

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.73**   Nonpriority creditor's name and mailing address

Martin Politron
11350 Random Hills Rd
Suite 130
Fairfax, VA, 22030

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customer: 12712

$ _Unknown_

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.74**   Nonpriority creditor's name and mailing address

Movers Choice Insurance
3221 Collinsworth St.

Fort Worth, TX, 76107

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Utility Services

$ _5,456.45_

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.75**   Nonpriority creditor's name and mailing address

Napasha Obermuller
Napasha813@Gmail.Com

AK

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customer: 12552

$ _Unknown_

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.76**   Nonpriority creditor's name and mailing address

National Distribution Service. Ltd
616 Trade Center Blvd

Chesterfield, MO, 63005

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customer: 12408

$ _Unknown_

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor ___Alliance Transportation Services, LLc___  Case number (if known) _21-50987_
                Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Nuaire Inc
2100 Fernbrook Lane
Attn: Melissa Palttner
Plymouth, MN, 55477 4722

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 10569

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.78** Nonpriority creditor's name and mailing address

O'Reilly Automotive
Po Box 9464

Springfield, MO, 65801 9464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Home / Car Repairs

$ 644.73

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.79** Nonpriority creditor's name and mailing address

Olga B. Orso
Po Box 1066

Cibolo, TX, 78108

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 4702

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.80** Nonpriority creditor's name and mailing address

Omar Pedraza
99 James P Murphy Highway
Attn: Document Control Dept
West Warwick, RI, 2893

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 9656

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.81** Nonpriority creditor's name and mailing address

Pam Whitmire
C/O Dept Of Army/Claims Office
50 Third Ave. Suite 307
Fort Knox, KY, 40121

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Army Claim # 20212010219

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _3/19/2021_
Last 4 digits of account number _____

Debtor  Alliance Transportation Services, Llc
Name

Case number *(if known)*  21-50987

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3. 82** Nonpriority creditor's name and mailing address

Pat Wheeler
221 Devine Rd

San Antonio, TX, 78212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer: 12339

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3. 83** Nonpriority creditor's name and mailing address

Penn Credit
2800 Commerce Drive

Harrisburg, PA, 17110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Highway Toll

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 51.00

---

**3. 84** Nonpriority creditor's name and mailing address

Penske
Po Box 827380

Philadelphia, PA, 19182 7380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 575.87

---

**3. 85** Nonpriority creditor's name and mailing address

Quality Tire Sales & Service
8614 Botts Lane

San Antonio, TX, 78217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Home / Car Repairs

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,522.02

---

**3. 86** Nonpriority creditor's name and mailing address

Quill
Po Box 37600

Philadelphia, PA, 19101 0600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 849.49

---

Debtor  Alliance Transportation Services, LLC
        Name                                                    Case number (if known) 21-50987

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.87** Nonpriority creditor's name and mailing address

Rajeh Gharzeddine
99 James P Murphy Highway
Attn: Document Control Dept
West Warwick, RI, 2893

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 9656

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.88** Nonpriority creditor's name and mailing address

Randall Mc Cafferty
Rrmccafferty@Msn.Com
8918 Los Sonoma Rio
Helotes, TX, 78023

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer:12783

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.89** Nonpriority creditor's name and mailing address

Raul Herrera
Diegosailor@Gmail.Com

AK

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 12775

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.90** Nonpriority creditor's name and mailing address

Ray Gattinella
18800 Southcenter Parkway

Seattle , WA, 98188

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer: 11792

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.91** Nonpriority creditor's name and mailing address

Ricky L. Thompson
1212 St George Road

Evansville, IN, 47711

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer:147

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Alliance Transportation Services, LLC
Name

Case number (if known) 21-50987

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Roland Musko
Po Box 1306

East Greenwich, RI, 2818

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer: 12718

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.93** Nonpriority creditor's name and mailing address

Shamrock Mover Services
Po Box 388

Hallettsville, TX, 77964

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Services

**$ 2,685.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.94** Nonpriority creditor's name and mailing address

Staybridge Suites
66 Ne Loop 410

San Antonio, TX, 78216

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer: 12790

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.95** Nonpriority creditor's name and mailing address

Sun Country
Po Box 1262

San Marcos, TX, 78667 1262

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.96** Nonpriority creditor's name and mailing address

T Force Ups
Po Box 650690

Dallas, TX, 75265 0690

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,787.23**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor  Alliance Transportation Services, LLC _____  Case number *(if known)* __21-50987__
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 97  **Nonpriority creditor's name and mailing address**

Tex Door
11202 Bomar Lane

San Antonio, TX, 78233

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 154.79

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 98  **Nonpriority creditor's name and mailing address**

Tim Brierty
4912 Camacho

Austin, TX, 78723

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 670,000.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred __2017 and 2021__

Last 4 digits of account number _____

---

**3.** 99  **Nonpriority creditor's name and mailing address**

Timothy Collar
184 Richfield Road

Deatsville, AL, 36022

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer No: 11642

$ Unknown

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 100  **Nonpriority creditor's name and mailing address**

Truck Pro
Po Box 47874

San Antonio, TX, 78265

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Home / Car Repairs

$ 159.06

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 101  **Nonpriority creditor's name and mailing address**

Una Buena Vida
P.O. Box 18505

San Antonio, TX, 78218

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease of Real Property

$ Undetermined

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Alliance Transportation Services, Llc
         _____
         Name

Case number *(if known)* 21-50987

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 102** **Nonpriority creditor's name and mailing address**

United Software
565 Metroplace South
Suite 110
Dublin, OH, 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,700.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 103** **Nonpriority creditor's name and mailing address**

Valero
Wex Bank
Po Box 6293
Carol Stream, IL, 60197 6293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,958.65

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 104** **Nonpriority creditor's name and mailing address**

Verizon
PO Box 15043

Albany, NY, 12212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 23,591.57

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 105** **Nonpriority creditor's name and mailing address**

Vince Hillman

Randolph Afb, TX, 78148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer No: 11946

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 106** **Nonpriority creditor's name and mailing address**

Volkerding, Michael
C/O Jppso Oscar Valenzuela
2261 Hughes Ave.
Lackland Afb,, TX, 78236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** No Claim Number Settlement Offer

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    6/1/2021

Last 4 digits of account number _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 22 of 25

Debtor  Alliance Transportation Services, LLC
      Name

Case number *(if known)* 21-50987

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `107`   **Nonpriority creditor's name and mailing address**

Waste Management
Po Box 660345

Dallas, TX, 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 300.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** `108`   **Nonpriority creditor's name and mailing address**

William Armstrong
11901 Cartwright Avenue

Grandview, MO, 64030 1182

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer: 10778

$ Unknown

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** `109`   **Nonpriority creditor's name and mailing address**

Yrc
Po Box 730375

Dallas, TX, 75373 0375

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,818.44

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Debtor   Alliance Transportation Services, LLC
              Name

Case number (if known)  21-50987

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA, 19101-7346 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | _____ |
| 4.2. | Linebarger Goggan Blair & Sampson, LLP<br>112 E Pecan St.<br>Suite 2200<br>San Antonio, TX, 78205 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.3. | Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528 Capitol Station<br>Austin, TX, 78711 | Line _____<br>☑ Not listed. Explain<br>Notice Only | _____ |
| 4.4. | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive, Suite 100<br>Little Rock, AR, 72202 | Line _____<br>☑ Not listed. Explain<br>SBA Guaranty of Bank of San Anto | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor  Alliance Transportation Services, LLC

Name

Case number (if known)  21-50987

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 924,249.19 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 924,249.19 |

**Fill in this information to identify the case:**

Debtor name ___Alliance Transportation Services, Ltd.___

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): ___21-50987___ Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease Lessee | Una Buena Vida P.O. Box 18505 San Antonio, TX, 78218 |
| State the term remaining | Terminated | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Alliance Transportation Services, Ltd.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): __21-50987__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Tim Brierty | Tim Brierty<br>4912 Camacho<br>Austin, TX 78723 | Rawhide Industries, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Ashley Brierty | Ashley Brierty<br>4912 Camacho<br>Austin, TX 78723 | Rawhide Industries, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Tim Brierty | Tim Brierty<br>4912 Camacho<br>Austin, TX 78723 | Una Buena Vida | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 Ashley Brierty | Ashley Brierty<br>4912 Camacho<br>Austin, TX 78723 | Una Buena Vida | ☐ D<br>☐ E/F<br>☑ G |
| 2.5 Tim Brierty | Tim Brierty<br>4912 Camacho<br>Austin, TX 78723 | The Bank of San Antonio | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Ashley Brierty | Ashley Brierty<br>4912 Camacho<br>Austin, TX 78723 | The Bank of San Antonio | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Alliance Transportation Services, Ltd._____

United States Bankruptcy Court for the: ___Western District of Texas_____

Case number (*If known*): _____21-50987_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/10/2021___        ✖ /s/ Tim Brierty
               MM / DD / YYYY              _____
                                          Signature of individual signing on behalf of debtor

                                          Tim Brierty
                                          _____
                                          Printed name

                                          President of the General Partner
                                          _____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Alliance Transportation Services, Ltd._

United States Bankruptcy Court for the: _Western District of Texas_

Case number (If known): _21-50987_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 1,725,669.99 |
| **For prior year:** | From 01/01/2020 MM / DD / YYYY | to | 12/31/2020 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 3,965,884.45 |
| **For the year before that:** | From 01/01/2019 MM / DD / YYYY | to | 12/31/2019 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 4,886,308.32 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 MM / DD / YYYY | to | Filing date | Consolidated Gross Revenue | $ 0.00 |
| **For prior year:** | From 01/01/2020 MM / DD / YYYY | to | 12/31/2020 MM / DD / YYYY | Consolidated Gross Revenue | $ 0.00 |
| **For the year before that:** | From 01/01/2019 MM / DD / YYYY | to | 12/31/2019 MM / DD / YYYY | Consolidated Gross Revenue | $ 0.00 |

Debtor      Alliance Transportation Services, Ltd.                                      Case number (if known)  21-50987
            _____
            Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See SOFA Part 2, Question 3 Attachment <br> Creditor's name | _____ <br> _____ <br> _____ <br> _____ | $ 278,028.65 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| 3.2. | _____ <br> Creditor's name | _____ <br> _____ <br> _____ <br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Tim Brierty <br> Insider's name <br> 4912 Camacho <br> Austin, TX 78723 | _____ <br> _____ <br> _____ | $ 21,612.00 | Car and cell phone allowance and fuel reimbursement |
| | Relationship to debtor <br> President of General Partner | | | |
| 4.2. | _____ <br> Insider's name | _____ <br> _____ <br> _____ | $_____ | |
| | Relationship to debtor <br> _____ | | | |

Debtor    Alliance Transportation Services, Ltd.
          _____
          Name

Case number (*if known*)  21-50987
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |

Debtor    Alliance Transportation Services, Ltd.      Case number *(if known)* 21-50987

Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Alliance Transportation Services, Ltd. | Case number *(if known)* 21-50987 |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Alliance Transportation Services, Ltd.
_____
Name

Case number (if known)  21-50987
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

<div style="background:black;color:white">**Part 7:**</div> **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From _____ | To | _____ |
| 14.2. | | From _____ | To | _____ |

| Debtor | Alliance Transportation Services, Ltd. | | Case number (if known) | 21-50987 |
|---|---|---|---|---|
| | Name | | | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Address, billing and inventory

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Alliance Transportation Services, Ltd.
_____
Name

Case number *(if known)* 21-50987

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | Alliance Transportation Services, Ltd. | Case number *(if known)* | 21-50987 |
|---|---|---|---|
| | Name | | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| US Transcom<br>Name<br>508 Scott Drive<br>Scott Airforce Base, IL 62225-5357 | 7801 IH - 35 North<br>San Antonio, TX 78218 | Household Goods | $ Unknown |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Alliance Transportation Services, Ltd.                                Case number (*if known*) 21-50987
_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

| Debtor | Alliance Transportation Services, Ltd. | Case number (*if known*) | 21-50987 |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Seth Ross Young-Jaques<br>Name<br>327 West Sunset Road Apt 1114, San Antonio, Texas 78209 | From 06/01/2021<br>To 08/16/2021 |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Samantha Branham<br>Name<br>9327 Mimosa Manor, San Antonio, Texas 78245 | From 11/01/2020<br>To 06/11/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | <br>Name | From _____<br>To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | <br>Name | |

Debtor    Alliance Transportation Services, Ltd.
_____
Name

Case number *(if known)* 21-50987
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. The Bank of San Antonio
_____
Name
888 Isom Suite 100, San Antonio, TX 78216

| Name and address |
|---|

26d.2. Rawhide Industries, LLC
_____
Name
106 Ponca Bend, San Antonio, TX 78231

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor    Alliance Transportation Services, Ltd.                              Case number *(if known)*    21-50987
          _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brierty Holdings GP, LLC | 4912 Camacho, Austin, TX 78723 | General Partner | 99 |
| Tim Brierty | 4912 Camacho, Austin, TX 78723 | | 1 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor  Alliance Transportation Services, Ltd.
_____
Name

Case number (if known) 21-50987
_____

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/10/2021
_____
MM  / DD  / YYYY

✖ /s/ Tim Brierty
_____
Signature of individual signing on behalf of the debtor

Printed name  Tim Brierty
_____

Position or relationship to debtor  President of the General Partner
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

| Debtor Name | Alliance Transportation Services, Ltd. | | Case number (if known) | 21-50987 |

## Continuation Sheet for Official Form 207

**21) Property held for another**

**Total Military Management, Inc.**

**7801 IH — 35 North, San Antonio, TX 78218**

**Household Goods**

**Value: Unknown**

**---**

**SEE STATMENT OF FINANCIAL AFFAIRS PART 11, QUESTION 21**

**,**

**Household Goods and Storage Items**

**Value: $0.00**

**---**


**26a) Bookkeepers**

| Stacey Garbolotti | 07/01/2016 | 06/28/2020 |

| S.A.L.J. | |
|---|---|
| $ | 3,000.00 |
| $ | 2,000.00 |
| $ | 5,000.00 |
| $ | 5,000.00 |
| **Total** | **$ 15,000.00** |

| Samantha Delgado | |
|---|---|
| $ | 2,000.00 |
| $ | 3,246.99 |
| $ | 3,000.00 |
| $ | 1,130.45 |
| $ | 1,377.76 |
| **Total** | **$ 10,755.20** |

| Anthony Nunney | |
|---|---|
| $ | 5,250.00 |
| $ | 6,000.00 |
| $ | 1,000.00 |
| $ | 5,452.56 |
| $ | 3,000.00 |
| $ | 3,000.00 |
| $ | 1,000.00 |
| $ | 7,993.48 |
| $ | 3,000.00 |
| $ | 9,438.70 |
| **Total** | **$ 45,134.74** |

| Getting It Done Right | |
|---|---|
| $ | 4,000.00 |
| $ | 5,000.00 |
| $ | 3,936.40 |
| $ | 648.00 |
| $ | 630.00 |
| $ | 4,224.60 |
| $ | 1,000.00 |
| $ | 3,992.67 |
| $ | 3,000.00 |
| $ | 1,016.41 |
| $ | 4,434.17 |
| **Total** | **$ 31,882.25** |

| John Ortiz | |
|---|---|
| $ | 1,600.00 |
| $ | 3,000.00 |
| $ | 5,296.05 |
| $ | 4,000.00 |
| $ | 7,316.47 |
| **Total $** | **21,212.52** |

| John Solmes | |
|---|---|
| $ | 3,000.00 |
| $ | 1,800.00 |
| $ | 2,080.00 |
| $ | 6,759.39 |
| $ | 1,559.67 |
| **Total $** | **15,199.06** |

| CDS Moving Equipment | |
|---|---|
| $ | 4,000.00 |
| $ | 4,000.00 |
| $ | 4,000.00 |
| **Total $** | **12,000.00** |

| Digital Document Solutions | |
|---|---|
| $ | 3,000.00 |
| $ | 1,000.00 |
| $ | 3,139.56 |
| **Total $** | **7,139.56** |

| Ray Battaglia | |
|---|---|
| $ | 16,014.00 |
| **Total $** | **16,014.00** |

| Movers Choice | |
|---|---|
| $ | 22,871.23 |
| **Total $** | **22,871.23** |

| Robert Popp | |
|---|---|
| $ | 6,000.00 |
| $ | 2,111.11 |
| **Total $** | **8,111.11** |

| | | | | | |
|---|---|---|---|---|---|
| 8/06/2021 | | LONE STAR RELOCATION SERVICES, LTD | | | Page 1 |
| 1:37PM | | Check Register for Selected Checks | | | |

Including Bank Account 9 - BANK OF SAN ANTONIO OPERATING ACCT

Including Checks Written Between  6/10/2021 and  8/09/2021

Including Check Amounts Between       0.00 and  99,999,999.99

Including All Sources of Checks

Including All Payee Names

| Bank | Number | Date | Payee | Amount | Cleared Bank |
|---|---|---|---|---|---|
| 9 | 52431 | 6/11/2021 | S.A.L.J. RELOCATION SERVICES | 3,000.00 | 6/30/2021 |
| 9 | 52432 | 6/11/2021 | S.A.L.J. RELOCATION SERVICES | 2,000.00 | 6/30/2021 |
| 9 | 52461 | 6/11/2021 | Samantha Delgado | 2,000.00 | 6/30/2021 |
| 9 | 52462 | 6/11/2021 | METLIFE - GROUP BENEFITS | 181.23 | 6/30/2021 |
| 9 | 52463 | 6/11/2021 | MISSION WRECKER SERVICE INC. | 967.50 | 6/30/2021 |
| 9 | 52464 | 6/11/2021 | AJ'S MOVING & STORAGE | 300.00 | 6/30/2021 |
| 9 | 52465 | 6/11/2021 | CITY OF SAN ANTONIO | 250.00 | 6/30/2021 |
| 9 | 52466 | 6/11/2021 | CUSTOM MOVERS SERVICES, INC | 768.40 | 6/30/2021 |
| 9 | 52467 | 6/11/2021 | CPS ENERGY | 967.91 | 6/30/2021 |
| 9 | 52468 | 6/11/2021 | Denali Group AFS, Inc. | 280.00 | 6/30/2021 |
| 9 | 52469 | 6/11/2021 | VOIDED A/P CHECK | 0.00 | 6/14/2021 |
| 9 | 52470 | 6/11/2021 | FED EX | 211.62 | 6/30/2021 |
| 9 | 52471 | 6/11/2021 | PARKWAY SYSTEMS | 377.25 | 6/30/2021 |
| 9 | 52472 | 6/11/2021 | P&S SCALE CO., INC. | 1,725.45 | 6/30/2021 |
| 9 | 52473 | 6/11/2021 | QUADIENT INC | 50.99 | 6/30/2021 |
| 9 | 52474 | 6/11/2021 | R.D. SIMMONS & ASSOCIATES, INC. | 275.00 | 6/30/2021 |
| 9 | 52475 | 6/11/2021 | SOUTHERN TIRE MART | 681.50 | 6/30/2021 |
| 9 | 52476 | 6/11/2021 | SUN COUNTRY SERVICES | 109.17 | 6/30/2021 |
| 9 | 52477 | 6/11/2021 | TRUCKPRO - SAN ANTONIO | 120.43 | 6/30/2021 |
| 9 | 52478 | 6/11/2021 | YRC | 245.00 | 6/30/2021 |
| 9 | 52479 | 6/14/2021 | JOHN SOLMES | 3,000.00 | 6/30/2021 |
| 9 | 52480 | 6/14/2021 | DEXYP | 294.50 | 6/30/2021 |
| 9 | 52482 | 6/15/2021 | JOHN SOLMES | 1,800.00 | 6/30/2021 |
| 9 | 52483 | 6/15/2021 | Ray Battaglia | 16,014.00 | 6/30/2021 |
| 9 | 52484 | 6/16/2021 | PROBILLING & FUNDING SERVICE | 1,155.27 | |
| 9 | 52486 | 6/17/2021 | John Solmes | 2,080.00 | 6/30/2021 |
| 9 | 52487 | 6/17/2021 | Anthony Nunnery | 5,250.00 | 6/30/2021 |
| 9 | 52488 | 6/17/2021 | John Ortiz | 1,600.00 | 6/30/2021 |
| 9 | 52489 | 6/17/2021 | Vincent Pace | 1,300.00 | 6/30/2021 |
| 9 | 52490 | 6/17/2021 | Juan Alonzo Jr. | 1,000.00 | 6/30/2021 |
| 9 | 52491 | 6/17/2021 | John Garza | 1,200.00 | 6/30/2021 |
| 9 | 52492 | 6/17/2021 | Connor Doege | 1,600.00 | 6/30/2021 |
| 9 | 52493 | 6/17/2021 | James Gilliam | 1,000.00 | 6/30/2021 |
| 9 | 52494 | 6/17/2021 | Justin Gonzalez | 400.00 | 6/30/2021 |
| 9 | 52495 | 6/17/2021 | Marisela R. Solis | 3,000.00 | 6/30/2021 |
| 9 | 52496 | 6/17/2021 | Christian Lombrano | 385.00 | 6/30/2021 |

8/06/2021        LONE STAR RELOCATION SERVICES, LTD       Page   2

1:37PM            Check Register for Selected Checks

Including Bank Account 9 - BANK OF SAN ANTONIO OPERATING ACCT

Including Checks Written Between  6/10/2021 and  8/09/2021

Including Check Amounts Between       0.00 and  99,999,999.99

Including All Sources of Checks

Including All Payee Names

| Bank | Number | Date | Payee | Amount | Cleared Bank |
|------|--------|------|-------|-------:|--------------|
| 9 | 52497 | 6/17/2021 | Marisela R. Solis | 350.00 | 6/30/2021 |
| 9 | 52498 | 6/17/2021 | Robert Mendez | 37.70 | 6/30/2021 |
| 9 | 52499 | 6/17/2021 | Lauren Lombrano | 260.00 | 6/30/2021 |
| 9 | 52500 | 6/17/2021 | WHATEVER IT TAKES MOBILE SERVIC | 1,200.00 | 6/30/2021 |
| 9 | 52501 | 6/17/2021 | Samantha Branham | 1,346.24 | 6/30/2021 |
| 9 | 52502 | 6/17/2021 | CDS MOVING EQUIPMENT | 4,000.00 | 6/30/2021 |
| 9 | 52503 | 6/18/2021 | Edwin Tolliver | 640.00 | 6/30/2021 |
| 9 | 52504 | 6/23/2021 | Vincent Pace | 1,500.00 | 6/30/2021 |
| 9 | 52505 | 6/17/2021 | DB Well Inc. | 92.75 | |
| 9 | 52506 | 6/18/2021 | Adrienlee Branham | 700.00 | 6/30/2021 |
| 9 | 52507 | 6/18/2021 | GDR Movers | 4,000.00 | 6/30/2021 |
| 9 | 52508 | 6/18/2021 | GRACY H SOTELLO | 1,335.00 | 6/30/2021 |
| 9 | 52509 | 6/18/2021 | Christopher Valle | 1,000.00 | 6/30/2021 |
| 9 | 52510 | 6/18/2021 | Damon Gonzalez | 1,000.00 | 6/30/2021 |
| 9 | 52511 | 6/18/2021 | Samantha Delgado | 3,246.99 | 6/30/2021 |
| 9 | 52513 | 6/18/2021 | Junior Edmonson | 81.28 | 6/30/2021 |
| 9 | 52514 | 6/18/2021 | Seth Young-Jaques | 500.00 | 6/30/2021 |
| 9 | 52515 | 6/22/2021 | Movers Choice | 22,871.23 | |
| 9 | 52516 | 6/25/2021 | Anthony Nunnery | 6,000.00 | 6/30/2021 |
| 9 | 52517 | 6/25/2021 | Getting It Done Right Movers | 5,000.00 | 6/30/2021 |
| 9 | 52518 | 6/25/2021 | Samantha Delgado | 3,000.00 | |
| 9 | 52519 | 6/29/2021 | Anthony Nunnery | 1,000.00 | 6/30/2021 |
| 9 | 52520 | 7/02/2021 | CDS MOVING EQUIPMENT | 4,000.00 | |
| 9 | 52521 | 7/02/2021 | Anthony Nunnery | 5,452.56 | |
| 9 | 52522 | 7/02/2021 | Getting It Done Right Movers | 3,936.40 | |
| 9 | 52523 | 7/02/2021 | S.A.L.J. RELOCATION SERVICES | 5,000.00 | |
| 9 | 52524 | 7/02/2021 | Samantha Delgado | 1,130.45 | |
| 9 | 52525 | 7/02/2021 | GRACY H SOTELLO | 1,275.00 | |
| 9 | 52526 | 7/02/2021 | WHATEVER IT TAKES MOBILE SERVIC | 1,924.35 | |
| 9 | 52527 | 7/02/2021 | Getting It Done Right Movers | 648.00 | |
| 9 | 52528 | 7/02/2021 | VOIDED A/P CHECK | 0.00 | 7/02/2021 |
| 9 | 52529 | 7/02/2021 | VOIDED A/P CHECK | 0.00 | 7/02/2021 |
| 9 | 52530 | 7/02/2021 | DIGITAL DOCUMENT SOLUTIONS | 3,000.00 | |
| 9 | 52531 | 7/02/2021 | JOHNSON CONTROLS SECURITY SOLU | 2,438.23 | |
| 9 | 52532 | 7/02/2021 | Getting It Done Right Movers | 630.00 | |
| 9 | 52532 | 7/02/2021 | Valero Fleet | 439.55 | |

8/06/2021        LONE STAR RELOCATION SERVICES, LTD        Page   3
1:37PM            Check Register for Selected Checks
Including Bank Account 9 - BANK OF SAN ANTONIO OPERATING ACCT
Including Checks Written Between  6/10/2021 and  8/09/2021
Including Check Amounts Between       0.00 and  99,999,999.99
Including All Sources of Checks
Including All Payee Names

| Bank | Number | Date | Payee | Amount | Cleared Bank |
|------|--------|------|-------|--------|--------------|
| 9 | 52533 | 7/02/2021 | Christopher Casso | 480.00 | |
| 9 | 52536 | 7/06/2021 | Anthony Nunnery | 3,000.00 | |
| 9 | 52537 | 7/06/2021 | S.A.L.J. RELOCATION SERVICES | 5,000.00 | |
| 9 | 52538 | 7/02/2021 | CITY OF SAN ANTONIO | 100.00 | |
| 9 | 52539 | 7/02/2021 | CTRMA Processing | 4.02 | |
| 9 | 52540 | 7/02/2021 | METLIFE - GROUP BENEFITS | 241.64 | |
| 9 | 52541 | 7/02/2021 | ROBERT M POPP | 6,000.00 | |
| 9 | 52542 | 7/02/2021 | SAN ANTONIO WATER SYSTEM | 1,737.22 | |
| 9 | 52543 | 7/02/2021 | VICTORY PACKAGING | 2,232.99 | |
| 9 | 52544 | 7/09/2021 | Anthony Nunnery | 3,000.00 | |
| 9 | 52545 | 7/09/2021 | VOIDED A/P CHECK | 0.00 | 7/09/2021 |
| 9 | 52546 | 7/09/2021 | DIGITAL DOCUMENT SOLUTIONS | 1,000.00 | |
| 9 | 52547 | 7/09/2021 | DYNASTY ENTERPRISES, INC | 335.37 | |
| 9 | 52548 | 7/09/2021 | Getting It Done Right Movers | 4,224.60 | |
| 9 | 52549 | 7/09/2021 | John Ortiz | 3,000.00 | |
| 9 | 52550 | 7/09/2021 | JOHNSON CONTROLS | 1,814.64 | |
| 9 | 52551 | 7/09/2021 | JOHNSON CONTROLS SECURITY SOLU | 1,230.79 | |
| 9 | 52552 | 7/09/2021 | ROBERT M POPP | 2,111.11 | |
| 9 | 52553 | 7/09/2021 | Ryche Jenkins | 1,000.00 | |
| 9 | 52554 | 7/09/2021 | SANTEX IDEALEASE | 6,550.00 | |
| 9 | 52555 | 7/09/2021 | JOHN SOLMES | 6,759.39 | |
| 9 | 52557 | 7/15/2021 | CDS MOVING EQUIPMENT | 4,000.00 | |
| 9 | 52558 | 7/09/2021 | SMASH MY TRASH | 1,134.00 | |
| 9 | 52560 | 7/13/2021 | Anthony Nunnery | 1,000.00 | |
| 9 | 52561 | 7/13/2021 | Getting It Done Right Movers | 1,000.00 | |
| 9 | 52562 | 7/13/2021 | O'REILLY AUTOMOTIVE, INC. | 190.21 | |
| 9 | 52563 | 7/16/2021 | JOHN SOLMES | 1,559.67 | |
| 9 | 52564 | 7/16/2021 | O'REILLY AUTOMOTIVE, INC. | 588.76 | |
| 9 | 52565 | 7/16/2021 | WHATEVER IT TAKES MOBILE SERVIC | 1,145.00 | |
| 9 | 52566 | 7/16/2021 | Anthony Nunnery | 7,993.48 | |
| 9 | 52567 | 7/16/2021 | Getting It Done Right Movers | 3,992.67 | |
| 9 | 52568 | 7/16/2021 | John Ortiz | 5,296.05 | |
| 9 | 52569 | 7/16/2021 | Johny P's Deliveries, LLC | 2,500.00 | |
| 9 | 52570 | 7/16/2021 | Ryche Jenkins | 2,442.92 | |
| 9 | 52571 | 7/16/2021 | Samantha Delgado | 1,377.76 | |
| 9 | 52572 | 7/16/2021 | GRACY H SOTELLO | 1,020.00 | |

8/06/2021         LONE STAR RELOCATION SERVICES, LTD       Page  4

1:37PM             Check Register for Selected Checks

Including Bank Account 9 - BANK OF SAN ANTONIO OPERATING ACCT

Including Checks Written Between  6/10/2021 and  8/09/2021

Including Check Amounts Between     0.00 and  99,999,999.99

Including All Sources of Checks

Including All Payee Names

| Bank | Number | Date | Payee | Amount | Cleared Bank |
|---|---|---|---|---|---|
| 9 | 52573 | 7/23/2021 | Anthony Nunnery | 3,000.00 | |
| 9 | 52574 | 7/23/2021 | Getting It Done Right Movers | 3,000.00 | |
| 9 | 52575 | 7/23/2021 | John Ortiz | 4,000.00 | |
| 9 | 52576 | 7/23/2021 | Johny P's Deliveries, LLC | 2,099.31 | |
| 9 | 52577 | 7/23/2021 | O.W.L. LLC | 2,602.30 | |
| 9 | 52578 | 7/23/2021 | Ryche Jenkins | 1,205.71 | |
| 9 | 52579 | 7/23/2021 | VOIDED A/P CHECK | 0.00 | 7/23/2021 |
| 9 | 52580 | 7/23/2021 | VOIDED A/P CHECK | 0.00 | 7/23/2021 |
| 9 | 52581 | 7/23/2021 | DIGITAL DOCUMENT SOLUTIONS | 3,139.56 | |
| 9 | 52944 | 7/21/2021 | Getting It Done Right Movers | 1,016.41 | |
| 9 | 52945 | 7/23/2021 | GRACY H SOTELLO | 1,000.00 | |
| 9 | 52963 | 7/29/2021 | Anthony Nunnery | 9,438.70 | |
| 9 | 52964 | 7/29/2021 | Getting It Done Right Movers | 4,434.17 | |
| 9 | 52965 | 7/29/2021 | John Ortiz | 7,316.47 | |
| 9 | 52966 | 7/29/2021 | Johny P's Deliveries, LLC | 3,224.10 | |
| 9 | 52967 | 7/29/2021 | O.W.L. LLC | 2,082.64 | |
| 9 | 111100 | 7/06/2021 | CPS ENERGY | 660.07 | |
| 9 | 525590 | 7/12/2021 | Alan Hydraulics | 120.97 | |

Total Checks Found:     126                  278,028.65

| Name | Address 1 | Address 2 | City | State | Zip | Consideration |
|---|---|---|---|---|---|---|
| Esther Kamau | 2261 Hughes Avenue | Ste 160 | Lackland Afb | TX | 78236 9858 | Customer: 63 |
| Vince Hillman | | | Randolph Afb | TX | 78148 | Customer No: 11946 |
| Hadi Fariss | Po Box 3276 | | Saginaw | MI | 48605 | Customer No: 11306 |
| Roland Musko | Po Box 1306 | | East Greenwich | RI | 2818 | Customer: 12718 |
| Cassandra Miller | Po Box 33321 | | San Antonio | TX | 78265 | Customer: 11706 |
| Barbara Wright | Po Box 99321 | | Lakewood | WA | 98496 | Customer: 12398 |
| Jessica Lanuto | 13520 Luxe Ave | Apt 202 | Lakewood Ranch | FL | 34211 4505 | Customer: 12340 |
| Justin Wharton | 309 Vine Street | | Beckley | WV | 25801 4845 | Customer: 12374 |
| Napasha Obermuller | Napasha813@Gmail.Com | | | AK | | Customer: 12552 |
| David Johnson | Davjohnson1987@Gmail.Com | | | AK | | Customer: 12670 |
| James Park | Jcpark@Coamerica.Com | | | AK | | Customer: 12689 |
| Karen (Joseph) B Kennedy | Bigskymontana7@Gmail.Com | | | AK | | Customer: 12714 |
| Dennis Loomas | Dennis.Loomas24@Gmail.Com | | | AK | | Customer: 12715 |
| William Armstrong | 11901 Cartwright Avenue | | Grandview | MO | 64030 1182 | Customer: 10778 |
| Joseph Michael Babb | 2935 Thousand Oaks | No 6 122 | San Antonio | TX | 78247 3312 | Customer: 11886 |
| Cosa City Of San Antonio | 300 South Alamo | Maintenance Basement Receiving | San Antonio | TX | 78205 | Customer: 12356 |
| Comco Systems | 306 West Overly Dr | | Lake Dallas | TX | 75065 | Customer: 12003 |
| Hyatt Regency Hotel | 123 Losoya Street | | San Antonio | TX | 78205 | Customer: 10596 |
| Heritage Radiology, Llc | 6496 N. New Braunfels | | San Antonio | TX | 78209 | Customer: 12090 |
| National Distribution Service. Ltd | 616 Trade Center Blvd | | Chesterfield | MO | 63005 | Customer: 12408 |
| Staybridge Suites | 66 Ne Loop 410 | | San Antonio | TX | 78216 | Customer: 12790 |
| Nuaire Inc | 2100 Fernbrook Lane | Attn: Melissa Palttner | Plymouth | MN | 55477 4722 | Customer: 10569 |
| Bio Medical Solutions, Inc. | 3727 Greenbriar Dr. | #304 | Stafford | TX | 77477 | Customer: 11074 |
| AC Element | 1900 East College Ave | | Cudahy | WI | 53110 | Customer: 12254 |
| Manfredo Mazariegos | 3741 Dean Circle | | Fort Sam Houston | TX | 78234 | Customer: 12758 |
| Jannette Prichard | 43 Granburg Circle | | San Antonio | TX | 78218 | Customer: 11599 |
| Lorenzo Salgado | 815 S Main Street | Government Services Division | Jacksonville | FL | 32207 | Customer: 11476 |
| Mark Mc Pherson | 614 Harrison Street | Suite B | Sumner | WA | 98390 | Customer: 12528 |
| Omar Pedraza | 99 James P Murphy Highway | Attn: Document Control Dept | West Warwick | RI | 2893 | Customer: 9656 |
| Gordon Knrauch | 99 James P Murphy Highway | Attn: Document Control Dept | West Warwick | RI | 2893 | Customer: 9656 |
| Jose Pedro | 99 James P Murphy Highway | Attn: Document Control Dept | West Warwick | RI | 2893 | Customer: 9656 |
| Martin Politron | 11350 Random Hills Rd | Suite 130 | Fairfax | VA | 22030 | Customer: 12712 |
| Jason Cromartie | 99 James P Murphy Highway | Attn: Document Control Dept | West Warwick | RI | 2893 | Customer: 9656 |
| Felix Aranzadi | 11350 Random Hills Rd | Suite 130 | Fairfax | VA | 22030 | Customer: 12712 |
| Brian Vicente | 99 James P Murphy Highway | Attn: Document Control Dept | West Warwick | RI | 2893 | Customer: 9656 |
| Guadalupe Sepulveda | Po Box 1306 | Attn: Taylor J Arpin | East Greenwich | RI | 2818 | Customer: 9714 |
| Rajeh Gharzeddine | 99 James P Murphy Highway | Attn: Document Control Dept | West Warwick | RI | 2893 | Customer: 9656 |
| Ray Gattinella | 18800 Southcenter Parkway | | Seattle | WA | 98188 | Customer: 11792 |
| Pat Wheeler | 221 Devine Rd | | San Antonio | TX | 78212 | Customer: 12339 |
| Adam Montes | Fort Sam Houston | | | TX | 78234 | Customer: 11790 |
| Brian Brown | 3903 Barrington St | Apt 2016 Park At Ventana Apartment | San Antonio | TX | 78217 | Customer: 11904 |
| Olga B. Orso | Po Box 1066 | | Cibolo | TX | 78108 | Customer: 4702 |
| Lloyd Oubre | 122 Ruellia Drive | | Georgetown | TX | 78633 | Customer: 4690 |
| Ricky L. Thompson | 1212 St George Road | | Evansville | IN | 47711 | Customer:147 |
| Marguerite (Peggy) Kneip | 109 West French Place | | San Antonio | TX | 78212 | Customer: 5225 |
| Randall Mc Cafferty | Rrmccafferty@Msn.Com | | | AK | | Customer:12783 |
| David Brown | 129 Grand Vista | | Cibolo | TX | 78108 | Customer: 12777 |
| Raul Herrera | Diegosailor@Gmail.Com | | | AK | | Customer: 12775 |
| Krishna Adams | 8907 Interlachen | | Selma | TX | 78154 | Customer: 12774 |
| Marion Collins | 57 Forysth St Nw | Unit 15 B | Atlanta | GA | 30303 | Customer: 12759 |
| Christopher Cummings | Emaple4024@Gmail.Com | | | AK | | Customer: 12755 |
| Gregory Chapin | 1212 St George Road | | Evansville | IN | 47711 | Customer No: 133 |
| Lois Borsay | 10 Oakwell Farms Parkway | | San Antonio | TX | 78218 | Customer: 12604 |
| Juan Pastrana | 12436 Vance Jackson Rd | #532 | San Antonio | TX | | Customer: 12525 |
| Kate Park | 120 West Olmos | | San Antonio | TX | 78212 | Customer: 12657 |
| Douglas Jackson | 1907 Hamilton Street | | Holt | MI | 48842 | Customer: 12442 |
| Gregory James | 2837 Dunbar Ave | | Fort Myers | FL | 33916 | Customer: 12285 |
| Heike Butler | 3501 Pin Oak Drive | Apt 816 | San Antonio | TX | 78229 | Customer: 12199 |
| George Weathersby | 7311 Pine Haven | | San Antonio | TX | 78244 | Customer: 12180 |
| Angelo Rodriguez | C/O Milly Arroyo | | | AK | | Customer: 11941 |
| Timothy Collar | 184 Richfield Road | | Deatsville | AL | 36022 | Customer No: 11642 |
| Chris Alegria | 19901 Cheyenne Caley Dr | | Round Rock | TX | 78664 | Customer: 11838 |
| Freeman Peterson | 4816 Birmingham Drive | | Indianapolis | IN | 46235 | Customer: 12159 |